| Mohr | Carl | 6:07-cv-11251-ACC-DAB | Bailey Perrin Bailey LLP | |
|---|---|---|---|---|
| Monroe | Jody | 6:07-cv-11801-ACC-DAB | Bailey Perrin Bailey LLP | |
| Monroy | Margaret | 6:07-cv-16371-ACC-DAB | Bailey Perrin Bailey LLP | |
| Montgomery | Lawrence | 6:07-cv-15176-ACC-DAB | Bailey Perrin Bailey LLP | |
| Moore | James | 6:07-cv-11804-ACC-DAB | Bailey Perrin Bailey LLP | |
| Moore | John | 6:07-cv-12708-ACC-DAB | Bailey Perrin Bailey LLP | |
| Moore | Lashonne | 6:07-cv-16378-ACC-DAB | Bailey Perrin Bailey LLP | |
| Moore | Martha | 6:07-cv-16380-ACC-DAB | Bailey Perrin Bailey LLP | |
| Moorer | Ernest | 6:07-cv-13963-ACC-DAB | Bailey Perrin Bailey LLP | |
| Moritz | Roy | 6:07-cv-15769-ACC-DAB | Bailey Perrin Bailey LLP | |
| Morrow | Myrtice | 6:07-cv-13975-ACC-DAB | Bailey Perrin Bailey LLP | |
| Munoz | Angela | 6:07-cv-13985-ACC-DAB | Bailey Perrin Bailey LLP | |
| Munoz | Sylvia | 6:07-cv-16392-ACC-DAB | Bailey Perrin Bailey LLP | |
| Myles | Lawrence | 6:07-cv-15201-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nance | Margaret | 6:07-cv-11825-ACC-DAB | Bailey Perrin Bailey LLP | |
| Napier | Charlotte | 6:07-cv-16396-ACC-DAB | Bailey Perrin Bailey LLP | |
| Neal | Alice | 6:07-cv-16399-ACC-DAB | Bailey Perrin Bailey LLP | |
| Neal | Cheryl | 6:07-cv-16400-ACC-DAB | Bailey Perrin Bailey LLP | |
| Neal | Wylie | 6:07-cv-11827-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nelson | Aira | 6:07-cv-15774-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nelson | Cheryl | 6:07-cv-15775-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nelson | Linda | 6:07-cv-12729-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nesbitt | Maurice | 6:07-cv-15209-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ness | Charmaine | 6:07-cv-12194-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nesteruk | Allan | 6:07-CV-14000-ACC-DAB | Bailey Perrin Bailey LLP | |
| Newbill | Melissa | 6:07-cv-15210-ACC-DAB | Bailey Perrin Bailey LLP | |
| Newhouse | Jessica | 6:07-cv-14002-ACC-DAB | Bailey Perrin Bailey LLP | |
| Newsome | Charlene | 6:07-cv-15212-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nichols | Rhonda | 6:07-cv-15678-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nisini | Sabrina | 6:07-cv-16719-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nivala | Judith | 6:07-cv-14006-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nixon | Judith | 6:07-cv-14007-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Nolton | Gail | 6:07-cv-10958-ACC-DAB | Bailey Perrin Bailey LLP | |
| Norman | Lawrence | 6:07-cv-12197-ACC-DAB | Bailey Perrin Bailey LLP | |
| Oaks | Adrienne | 6:07-cv-10381-ACC-DAB | Bailey Perrin Bailey LLP | |
| Oberding | Brenda | 6:07-cv-11261-ACC-DAB | Bailey Perrin Bailey LLP | |
| Oglesby | Karl | 6:07-cv-14021-ACC-DAB | Bailey Perrin Bailey LLP | |
| Oliver | Amanda | 6:07-cv-14022-ACC-DAB | Bailey Perrin Bailey LLP | |
| Oliver | Ann | 6:07-cv-15230-ACC-DAB | Bailey Perrin Bailey LLP | |
| O'Quain | Les | 6:07-cv-14019-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ousley | Willie | 6:07-cv-14031-ACC-DAB | Bailey Perrin Bailey LLP | |
| Owens | Walter | 6:07-cv-11844-ACC-DAB | Bailey Perrin Bailey LLP | |
| Owings | Gay | 6:07-cv-15236-ACC-DAB | Bailey Perrin Bailey LLP | |
| Page | Angela | 6:07-cv-15657-ACC-DAB | Bailey Perrin Bailey LLP | |
| Palmer | Paul | 6:07-cv-10547-ACC-DAB | Bailey Perrin Bailey LLP | |
| Panjwani | Murad | 6:07-cv-16427-ACC-DAB | Bailey Perrin Bailey LLP | |

| | | | | |
|---|---|---|---|---|
| Pannebaker | Mary | 6:07-cv-10390-ACC-DAB | Bailey Perrin Bailey LLP | |
| Parker | Michelle | 6:07-cv-12202-ACC-DAB | Bailey Perrin Bailey LLP | |
| Parker | Wendy | 6:07-cv-15244-ACC-DAB | Bailey Perrin Bailey LLP | |
| Parkes | Isaiah | 6:07-cv-15597-ACC-DAB | Bailey Perrin Bailey LLP | |
| Parris | Robin | 6:07-cv-15245-ACC-DAB | Bailey Perrin Bailey LLP | |
| Patt | Michael | 6:07-cv-14043-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pauls | James | 6:07-cv-14047-ACC-DAB | Bailey Perrin Bailey LLP | |
| Peacemaker | Sarah | 6:07-cv-15839-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pearce | Randy | 6:07-cv-14053-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pearce | Sandra | 6:07-cv-15248-ACC-DAB | Bailey Perrin Bailey LLP | |
| Peavey | Theresa | 6:07-cv-16439-ACC-DAB | Bailey Perrin Bailey LLP | |
| Peek | Michelle | 6:07-cv-10969-ACC-DAB | Bailey Perrin Bailey LLP | |
| Peevy | Charmayne | 6:07-cv-14056-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pegram | Coral | 6:07-cv-10395-ACC-DAB | Bailey Perrin Bailey LLP | |
| Peters | Betty | 6:07-cv-12758-ACC-DAB | Bailey Perrin Bailey LLP | |
| Petersen | Dane | 6:07-cv-15253-ACC-DAB | Bailey Perrin Bailey LLP | |
| Peterson | Kanawha | 6:07-cv-11860-ACC-DAB | Bailey Perrin Bailey LLP | |
| Phelps | Mary | 6:07-cv-15256-ACC-DAB | Bailey Perrin Bailey LLP | |
| Philips | Henriella | 6:07-cv-12205-ACC-DAB | Bailey Perrin Bailey LLP | |
| Phillips | Larry | 6:07-cv-12761-ACC-DAB | Bailey Perrin Bailey LLP | |
| Phillips | Lillie | 6:07-CV-16450-ACC-DAB | Bailey Perrin Bailey LLP | |
| Piagentini | Audrey | 6:07-cv-11271-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pickens | Helen | 6:07-cv-16453-ACC-DAB | Bailey Perrin Bailey LLP | The Miller Firm, LLC |
| Pickney | Mark | 6:07-cv-12762-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pierce | James | 6:07-cv-10720-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pierce | Jennifer | 6:07-cv-12763-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pietrangelo | Andrea | 6:07-cv-16456-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pollock | Al | 6:07-cv-10973-ACC-DAB | Bailey Perrin Bailey LLP | |
| Polmanteer | Margaret | 6:07-cv-16463-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pompeii | Celecte | 6:07-cv-11876-ACC-DAB | Bailey Perrin Bailey LLP | |
| Poole | Janith | 6:07-cv-12770-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Poplar | Devone | 6:07-cv-12772-ACC-DAB | Bailey Perrin Bailey LLP | |
| Posey | Don | 6:07-cv-10974-ACC-DAB | Bailey Perrin Bailey LLP | |
| Potvin | Richard | 6:07-cv-10400-ACC-DAB | Bailey Perrin Bailey LLP | |
| Powell | Nichelle | 6:07-cv-10723-ACC-DAB | Bailey Perrin Bailey LLP | |
| Powers | Larry | 6:07-cv-10976-ACC-DAB | Bailey Perrin Bailey LLP | |
| Prater | Clarence | 6:07-cv-12776-ACC-DAB | Bailey Perrin Bailey LLP | |
| Premo | John | 6:07-cv-10403-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pringle | Rodney | 6:07-cv-11884-ACC-DAB | Bailey Perrin Bailey LLP | |
| Provisor | Enedino | 6:07-cv-14103-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pruden | David | 6:07-cv-10405-ACC-DAB | Bailey Perrin Bailey LLP | |
| Pruitt | Kathy | 6:07-cv-11885-ACC-DAB | Bailey Perrin Bailey LLP | |
| Puckett | Rachel | 6:07-cv-12779-ACC-DAB | Bailey Perrin Bailey LLP | |
| Queen | Velva | 6:07-cv-15783-ACC-DAB | Bailey Perrin Bailey LLP | |
| Quesenberry | Diana | 6:07-cv-10727-ACC-DAB | Bailey Perrin Bailey LLP | |

| | | | | |
|---|---|---|---|---|
| Ramirez | Josefa | 6:07-cv-11892-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ramirez | Rigoberto | 6:07-cv-16478-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ramsey | Richard | 6:07-cv-11894-ACC-DAB | Bailey Perrin Bailey LLP | |
| Randolph | Diane | 6:07-cv-15283-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rangel | Holly | 6:07-cv-14119-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ray | Shawn | 6:07-cv-16482-ACC-DAB | Bailey Perrin Bailey LLP | |
| Reardon | Rhett | 6:07-cv-14128-ACC-DAB | Bailey Perrin Bailey LLP | |
| Reese | Timothy | 6:07-cv-14135-ACC-DAB | Bailey Perrin Bailey LLP | Gallagher Law Firm |
| Reeves | Dawn | 6:07-cv-14137-ACC-DAB | Bailey Perrin Bailey LLP | |
| Reynolds | Paula | 6:07-cv-12793-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rhodes | Terri | 6:07-cv-14144-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rice | Erroll | 6:07-cv-11903-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rice | Zachary | 6:07-cv-14146-ACC-DAB | Bailey Perrin Bailey LLP | |
| Richards | Patricia | 6:07-cv-11905-ACC-DAB | Bailey Perrin Bailey LLP | |
| Richardson | Clifford | 6:07-cv-15785-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ridings | Dianna | 6:07-cv-14154-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ring | Debra | 6:07-cv-10985-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rinkus | Merlon | 6:07-cv-14157-ACC-DAB | Bailey Perrin Bailey LLP | |
| Robbins | Billy | 6:07-cv-15296-ACC-DAB | Bailey Perrin Bailey LLP | |
| Roberson | Terry | 6:07-cv-11912-ACC-DAB | Bailey Perrin Bailey LLP | |
| Roberts | Henry | 6:07-cv-14164-ACC-DAB | Bailey Perrin Bailey LLP | |
| Robinson | Calvin | 6:07-cv-15299-ACC-DAB | Bailey Perrin Bailey LLP | |
| Robinson | Celia | 6:07-cv-11916-ACC-DAB | Bailey Perrin Bailey LLP | |
| Robinson | Cleatice | 6:07-cv-16497-ACC-DAB | Bailey Perrin Bailey LLP | Gallagher Law Firm |
| Robinson | Mamie | 6:07-cv-16499-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Rodriguez | Daniel | 6:07-cv-14179-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rodriguez | Estella | 6:07-cv-14179-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rogers | Lilly | 6:07-cv-14184-ACC-DAB | Bailey Perrin Bailey LLP | |
| Roll | Kathy | 6:07-cv-10991-ACC-DAB | Bailey Perrin Bailey LLP | |
| Romans | James | 6:07-cv-15306-ACC-DAB | Bailey Perrin Bailey LLP | |
| Romero | Sara | 6:07-cv-10741-ACC-DAB | Bailey Perrin Bailey LLP | |
| Romine | Nancy | 6:07-cv-12811-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rosetta | Kayla | 6:07-cv-15308-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ross | Gwendolyn | 6:07-cv-16513-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ross | Lynda | 6:07-cv-15310-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ross | Velma | 6:07-cv-15312-ACC-DAB | Bailey Perrin Bailey LLP | |
| Roten | Bonnie | 6:07-cv-15313-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rothering | Clarine | 6:07-cv-12215-ACC-DAB | Bailey Perrin Bailey LLP | |
| Royster | Edith | 6:07-cv-14196-ACC-DAB | Bailey Perrin Bailey LLP | |
| Royston | Cynthia | 6:07-cv-15314-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ruff | Walter | 6:07-cv-14204-ACC-DAB | Bailey Perrin Bailey LLP | |
| Russell | Horace | 6:07-cv-14207-ACC-DAB | Bailey Perrin Bailey LLP | |
| Rutledge-Smith | Alice | 6:07-cv-11293-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sadler | Nora | 6:07-cv-15321-ACC-DAB | Bailey Perrin Bailey LLP | |
| Salinas | Mary | 6:07-cv-10744-ACC-DAB | Bailey Perrin Bailey LLP | |

22102387.2

| | | | | |
|---|---|---|---|---|
| Salinas | Sandra | 6:07-cv-16519-ACC-DAB | Bailey Perrin Bailey LLP | |
| Salisbury | Roberta W. | 6:07-cv-11933-ACC-DAB | Bailey Perrin Bailey LLP | Howard L. Nations |
| Salmons | Scott | 6:07-cv-11934-ACC-DAB | Bailey Perrin Bailey LLP | |
| Samaniego | Steve | 6:07-cv-11935-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sanchez | Bobbie | 6:07-cv-14212-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sanders | Rhonda | 6:07-cv-14218-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sanders | Tommy | 6:07-cv-11937-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sanderson | Michelle | 6:07-cv-11106-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sansbury | Patrice | 6:07-cv-16527-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sapp | Betty | 6:07-cv-14222-ACC-DAB | Bailey Perrin Bailey LLP | |
| Saunders | Charles | 6:07-cv-16720-ACC-DAB | Bailey Perrin Bailey LLP | |
| Schramm | Donald | 6:07-cv-16533-ACC-DAB | Bailey Perrin Bailey LLP | |
| Schramm | Richard | 6:07-cv-14234-ACC-DAB | Bailey Perrin Bailey LLP | |
| Schwartz | Anthony | 6:07-cv-10435-ACC-DAB | Bailey Perrin Bailey LLP | |
| Schwenk | Shirley | 6:07-cv-12218-ACC-DAB | Bailey Perrin Bailey LLP | |
| Scott | Debra | 6:07-cv-14238-ACC-DAB | Bailey Perrin Bailey LLP | |
| Scott | Irene | 6:07-cv-14240-ACC-DAB | Bailey Perrin Bailey LLP | |
| Scott | Virginia | 6:07-cv-15331-ACC-DAB | Bailey Perrin Bailey LLP | |
| Scull | Dora | 6:07-cv-16538-ACC-DAB | Bailey Perrin Bailey LLP | |
| Seamans | Carolyn | 6:07-cv-15333-ACC-DAB | Bailey Perrin Bailey LLP | |
| See | Patricia | 6:07-cv-11002-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sellers-Cox | Rhonda | 6:07-cv-16539-ACC-DAB | Bailey Perrin Bailey LLP | |
| Shannon | Beverly | 6:07-cv-15340-ACC-DAB | Bailey Perrin Bailey LLP | |
| Shaw | Denise | 6:07-cv-16546-ACC-DAB | Bailey Perrin Bailey LLP | |
| Shaw | Janice | 6:07-cv-12220-ACC-DAB | Bailey Perrin Bailey LLP | |
| Shealy | Albert | 6:07-cv-10755-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sheehan | Timothy | 6:07-cv-14260-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sheldon | Lois | 6:07-cv-16550-ACC-DAB | Bailey Perrin Bailey LLP | |
| Shelton | Pamela | 6:07-cv-14261-ACC-DAB | Bailey Perrin Bailey LLP | |
| Shipman | Charles | 6:07-cv-11954-ACC-DAB | Bailey Perrin Bailey LLP | |
| Shuman | Cynthia | 6:07-cv-11956-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sickler | Greg | 6:07-cv-11957-ACC-DAB | Bailey Perrin Bailey LLP | |
| Siko | Cecelia | 6:07-cv-15345-ACC-DAB | Bailey Perrin Bailey LLP | |
| Siler | Shaun | 6:07-cv-12222-ACC-DAB | Bailey Perrin Bailey LLP | |
| Simmons | James | 6:07-cv-11960-ACC-DAB | Bailey Perrin Bailey LLP | |
| Simmons | Joe | 6:07-cv-16556-ACC-DAB | Bailey Perrin Bailey LLP | |
| Simmons | Randolph | 6:07-cv-11961-ACC-DAB | Bailey Perrin Bailey LLP | |
| Simpson | Barbara | 6:07-cv-16559-ACC-DAB | Bailey Perrin Bailey LLP | |
| Simpson | Phillip | 6:07-cv-12848-ACC-DAB | Bailey Perrin Bailey LLP | |
| Simpson | Regina | 6:07-cv-15353-ACC-DAB | Bailey Perrin Bailey LLP | |
| Singleton | Chad | 6:07-cv-14272-ACC-DAB | Bailey Perrin Bailey LLP | |
| Singleton | Lula | 6:07-cv-14273-ACC-DAB | Bailey Perrin Bailey LLP | |
| Skidmore | Gary | 6:07-cv-10762-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Beverly | 6:07-cv-11973-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Smith | Beverly | 6:07-cv-15357-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Donna | 6:07-cv-14286-ACC-DAB | Bailey Perrin Bailey LLP | |

| | | | | |
|---|---|---|---|---|
| Smith | Eric | 6:07-cv-15359-ACC-DAB | Bailey Perrin Bailey LLP | Howard L. Nations |
| Smith | Gary | 6:07-cv-16570-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | John | 6:07-cv-15361-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Kathryn | 6:07-cv-12860-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Marie | 6:07-cv-16572-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Naomi | 6:07-cv-14290-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Neitha | 6:07-cv-11969-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Phillip | 6:07-cv-11007-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Ronald | 6:07-cv-00517-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Smith | Samuel | 6:07-cv-12863-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Willie | 6:07-cv-14296-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sommer | Tammy | 6:07-cv-14304-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sorbara | Anne | 6:07-cv-15371-ACC-DAB | Bailey Perrin Bailey LLP | |
| Southall | Curlean | 6:07-cv-14307-ACC-DAB | Bailey Perrin Bailey LLP | |
| Spath | Maureen | 6:07-cv-14310-ACC-DAB | Bailey Perrin Bailey LLP | |
| Spearman | Donald | 6:07-cv-11976-ACC-DAB | Bailey Perrin Bailey LLP | |
| Spiers | Greg | 6:07-cv-16582-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sprague | Roger | 6:07-cv-12875-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stacy | Jeffrey | 6:07-cv-15804-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stanford | Eugene | 6:07-cv-16587-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stapleton | Jennifer | 6:07-cv-14320-ACC-DAB | Bailey Perrin Bailey LLP | |
| Starks | Lorinda | 6:07-cv-12227-ACC-DAB | Bailey Perrin Bailey LLP | |
| Starr | Linda | 6:07-cv-12877-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stern | Michael | 6:07-cv-14326-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stevens | Rebecca | 6:07-cv-11986-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stewart | Andrew | 6:07-cv-15620-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stewart | Angela | 6:07-cv-01138-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stewart | Joan | 6:07-cv-14329-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stewart | Mark | 6:07-cv-12228-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stoddard | Jami | 6:07-cv-14333-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stone | Mark | 6:07-cv-12885-ACC-DAB | Bailey Perrin Bailey LLP | |
| Street | Nettie | 6:07-cv-11311-ACC-DAB | Bailey Perrin Bailey LLP | |
| Streeter | Sandra | 6:07-cv-11991-ACC-DAB | Bailey Perrin Bailey LLP | |
| Strozler | Nikky | 6:07-cv-14341-ACC-DAB | Bailey Perrin Bailey LLP | |
| Stutz | Kathleen | 6:07-cv-01337-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sullivan | Mary | 6:07-cv-14343-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sullivan | Patrick | 6:07-cv-14344-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sullivan | Virginia | 6:07-cv-16600-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sullivan-Hoelke | Linda | 6:07-cv-14345-ACC-DAB | Bailey Perrin Bailey LLP | |
| Swan | Monica | 6:07-cv-15402-ACC-DAB | Bailey Perrin Bailey LLP | |
| Swann | Belinda | 6:07-cv-14349-ACC-DAB | Bailey Perrin Bailey LLP | |
| Swick | Lauren | 6:07-cv-14351-ACC-DAB | Bailey Perrin Bailey LLP | |
| Swiger | Rose | 6:07-cv-14354-ACC-DAB | Bailey Perrin Bailey LLP | |
| Sykes | Joyce | 6:07-cv-15405-ACC-DAB | Bailey Perrin Bailey LLP | |

22102387.2

| | | | | |
|---|---|---|---|---|
| Talley | Bobbie | 6:07-cv-15406-ACC-DAB | Bailey Perrin Bailey LLP | The Miller Firm, LLC |
| Tanner | Ray | 6:07-cv-10559-ACC-DAB | Bailey Perrin Bailey LLP | |
| Taylor | Joyce | 6:07-cv-12002-ACC-DAB | Bailey Perrin Bailey LLP | |
| Taylor | Joyce | 6:07-cv-14362-ACC-DAB | Bailey Perrin Bailey LLP | |
| Taylor | Lester | 6:07-cv-16610-ACC-DAB | Bailey Perrin Bailey LLP | |
| Taylor | Lisa | 6:07-cv-15412-ACC-DAB | Bailey Perrin Bailey LLP | |
| Teague | James | 6:07-cv-15670-ACC-DAB | Bailey Perrin Bailey LLP | |
| Temple | Michael | 6:07-cv-11321-ACC-DAB | Bailey Perrin Bailey LLP | |
| Terrell | Cheryl | 6:07-cv-16612-ACC-DAB | Bailey Perrin Bailey LLP | |
| Terry | Jay | 6:07-cv-16613-ACC-DAB | Bailey Perrin Bailey LLP | |
| Terry | Makeia | 6:07-cv-16614-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thaxton | John | 6:07-cv-12006-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thaxton | Ruby | 6:07-cv-12899-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thomas | Joseph | 6:07-cv-12902-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thompson | Charlene | 6:07-cv-14376-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thompson | Lawanda | 6:07-cv-14381-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thompson | Lisa | 6:07-cv-14382-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thompson | Mary | 6:07-cv-14383-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thompson | Mychele | 6:07-cv-11019-ACC-DAB | Bailey Perrin Bailey LLP | |
| Thornton | Richard | 6:07-cv-10458-ACC-DAB | Bailey Perrin Bailey LLP | |
| Timmons | Jeanette | 6:07-cv-16629-ACC-DAB | Bailey Perrin Bailey LLP | |
| Tinker | Jean | 6:07-cv-11020-ACC-DAB | Bailey Perrin Bailey LLP | |
| Tinsley | Theresa | 6:07-cv-14388-ACC-DAB | Bailey Perrin Bailey LLP | |
| Tipton | Rennie | 6:07-cv-12012-ACC-DAB | Bailey Perrin Bailey LLP | |
| Torres | Everardo | 6:07-cv-14394-ACC-DAB | Bailey Perrin Bailey LLP | |
| Tottenham | Stephen | 6:07-cv-12914-ACC-DAB | Bailey Perrin Bailey LLP | |
| Trudeau | Robert | 6:07-cv-14401-ACC-DAB | Bailey Perrin Bailey LLP | |
| Truscello | Josephine | 6:07-cv-14402-ACC-DAB | Bailey Perrin Bailey LLP | |
| Tucker | Clifton | 6:07-cv-12015-ACC-DAB | Bailey Perrin Bailey LLP | |
| Tucker | Vickie | 6:07-cv-14404-ACC-DAB | Bailey Perrin Bailey LLP | |
| Turnage | Geraldine | 6:07-cv-16645-ACC-DAB | Bailey Perrin Bailey LLP | |
| Turner | Amanda | 6:07-cv-10563-ACC-DAB | Bailey Perrin Bailey LLP | |
| Turner | Milton | 6:07-cv-12017-ACC-DAB | Bailey Perrin Bailey LLP | |
| Tyson | Michael W | 6:07-cv-14412-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Updike | Teresa M | 6:07-cv-14413-ACC-DAB | Bailey Perrin Bailey LLP | Douglas & London, P.C |
| Utley | Linda | 6:07-cv-12020-ACC-DAB | Bailey Perrin Bailey LLP | |
| Van Cleave | Timothy | 6:07-cv-11328-ACC-DAB | Bailey Perrin Bailey LLP | |
| VanAuken | Wilma | 6:07-cv-12928-ACC-DAB | Bailey Perrin Bailey LLP | |
| Varner | Shirley Mae | 6:07-cv-16065-ACC-DAB | Bailey Perrin Bailey LLP | |
| Vaughn | Betty | 6:07-cv-14420-ACC-DAB | Bailey Perrin Bailey LLP | |
| Vaughn | Kathie | 6:07-cv-14421-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Velez | Victor | 6:07-cv-14423-ACC-DAB | Bailey Perrin Bailey LLP | |
| Veltum | Virginia | 6:07-cv-15454-ACC-DAB | Bailey Perrin Bailey LLP | |

| | | | | |
|---|---|---|---|---|
| Ventolier | Mathew | 6:07-cv-15455-ACC-DAB | Bailey Perrin Bailey LLP | |
| Vigil | Patricia | 6:07-cv-14429-ACC-DAB | Bailey Perrin Bailey LLP | |
| Villareal | Ana | 6:07-cv-12934-ACC-DAB | Bailey Perrin Bailey LLP | |
| Vincent | Felicia | 6:07-cv-12935-ACC-DAB | Bailey Perrin Bailey LLP | |
| Vincent | James | 6:07-cv-12936-ACC-DAB | Bailey Perrin Bailey LLP | |
| Vogel | Theodore | 6:07-cv-16653-ACC-DAB | Bailey Perrin Bailey LLP | |
| Volk | Sheryl | 6:07-cv-15461-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wade | Allen | 6:07-cv-12940-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wahl | Norma | 6:07-cv-12942-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wall | Judy | 6:07-cv-12028-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wallace | David | 6:07-cv-11029-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wallar | Amanda | 6:07-cv-14442-ACC-DAB | Bailey Perrin Bailey LLP | |
| Walters | Trina | 6:07-cv-11030-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ward | Shirley | 6:07-cv-16665-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Warner | Quamekia | 6:07-cv-15814-ACC-DAB | Bailey Perrin Bailey LLP | |
| Warwick | Pamela | 6:07-cv-11032-ACC-DAB | Bailey Perrin Bailey LLP | |
| Washington | Carol | 6:07-cv-10468-ACC-DAB | Bailey Perrin Bailey LLP | |
| Washington | Gregory | 6:07-cv-15474-ACC-DAB | Bailey Perrin Bailey LLP | |
| Washington | Jeannette | 6:07-cv-14454-ACC-DAB | Bailey Perrin Bailey LLP | |
| Washington | Veronica | 6:07-cv-14455-ACC-DAB | Bailey Perrin Bailey LLP | |
| Watkins | Marcella | 6:07-cv-15479-ACC-DAB | Bailey Perrin Bailey LLP | |
| Weaver | Tami | 6:07-cv-12963-ACC-DAB | Bailey Perrin Bailey LLP | |
| Webber | Sheila | 6:07-cv-11035-ACC-DAB | Bailey Perrin Bailey LLP | |
| Weber | Robin | 6:07-cv-12043-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wells | Robert | 6:07-cv-10792-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wesson | Jay | 6:07-cv-14463-ACC-DAB | Bailey Perrin Bailey LLP | |
| Westland | Susan | 6:07-cv-00504-ACC-DAB | Bailey Perrin Bailey LLP | |
| Whitaker | Gwen | 6:07-cv-15490-ACC-DAB | Bailey Perrin Bailey LLP | |
| Whitaker | Mark | 6:07-cv-11332-ACC-DAB | Bailey Perrin Bailey LLP | |
| White | Zackary | 6:07-cv-12977-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wilkins | Paul | 6:07-cv-14475-ACC-DAB | Bailey Perrin Bailey LLP | |
| Willard | Mary | 6:07-cv-10797-ACC-DAB | Bailey Perrin Bailey LLP | |
| Williams | Ava | 6:07-cv-16687-ACC-DAB | Bailey Perrin Bailey LLP | |
| Williams | Beatrice | 6:07-cv-11338-ACC-DAB | Bailey Perrin Bailey LLP | |
| Williams | June | 6:07-cv-11041-ACC-DAB | Bailey Perrin Bailey LLP | |
| Williams | Malcom | 6:07-cv-12988-ACC-DAB | Bailey Perrin Bailey LLP | |
| Williams | Ruth | 6:07-cv-14495-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wilrich | Sonia | 6:07-cv-11045-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wilson | Kerry | 6:07-cv-10478-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wilson | Robin | 6:07-cv-15675-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wilson | Ruth | 6:07-cv-12071-ACC-DAB | Bailey Perrin Bailey LLP | |
| Winn | Dave | 6:07-cv-12074-ACC-DAB | Bailey Perrin Bailey LLP | |
| Winters | Debra | 6:07-cv-12997-ACC-DAB | Bailey Perrin Bailey LLP | |
| Woods | Dannielle | 6:07-cv-11049-ACC-DAB | Bailey Perrin Bailey LLP | |
| Woods | Wanda | 6:07-cv-15535-ACC-DAB | Bailey Perrin Bailey LLP | |
| Woolshleger | Kenneth | 6:07-cv-15537-ACC-DAB | Bailey Perrin Bailey LLP | |

22102387.2

| | | | | |
|---|---|---|---|---|
| Word | Georgia | 6:07-cv-14532-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wright | Thomas D | 6:07-cv-14538-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wurster | Laura | 6:07-cv-14539-ACC-DAB | Bailey Perrin Bailey LLP | |
| Wyman | Doralee | 6:07-cv-10809-ACC-DAB | Bailey Perrin Bailey LLP | |
| Zapletal | Monica | 6:07-cv-12748-ACC-DAB | Bailey Perrin Bailey LLP | |
| Zeftel | Mitchell | 6:07-cv-11052-ACC-DAB | Bailey Perrin Bailey LLP | |
| Zentner | Michael | 6:07-cv-16712-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fonseca | Ismael | 6:08-cv-00366-ACC-DAB | Brett Duke, P.C. | |
| Roy | Joseph L. | 6:09-cv-01814-ACC-DAB | Cossich, Sumich, Parsiola & Taylor | |
| Bisson | Molli | 6:09-cv-00527-ACC-DAB | Hissey Kientz, LLP | |
| Burrell | Sophia | 6:09-cv-00248-ACC-DAB | Hissey Kientz, LLP | |
| Francisco | Zenia | 6:09-cv-01162-ACC-DAB | Hissey Kientz, LLP | |
| Nichols | Crystal | 6:10-cv-00027-ACC-DAB | Hissey Kientz, LLP | |
| Bacchus | Lawrence | 6:07-cv-00520-ACC-DAB | Howard L. Nations | |
| Baker | Daniel S | 6:07-cv-16733-ACC-DAB | Howard L. Nations | |
| Barnes | Terry | 6:07-cv-16752-ACC-DAB | Howard L. Nations | |
| Cade | Bobbie | 6:07-cv-12097-ACC-DAB | Howard L. Nations | |
| Coleman | James | 6:07-cv-16765-ACC-DAB | Howard L. Nations | |
| Dyer | Shawnee | 6:07-cv-16764-ACC-DAB | Howard L. Nations | |
| Griffin | Donna D | 6:07-cv-00742-ACC-DAB | Howard L. Nations | |
| Lovlein | Amy L. | 6:07-cv-01032-ACC-DAB | Howard L. Nations | |
| Martin | Evelyn | 6:07-cv-12099-ACC-DAB | Howard L. Nations | |
| Moore | Matthew J | 6:08-cv-00287-ACC-DAB | Howard L. Nations | |
| Not Afraid | Paul | 6:07-cv-16732-ACC-DAB | Howard L. Nations | |
| Peters | Kathy | 6:07-cv-16761-ACC-DAB | Howard L. Nations | |
| Reyes | Eddie | 6:07-cv-16730-ACC-DAB | Howard L. Nations | |
| Robinson | Patricia A | 6:07-cv-16760-ACC-DAB | Howard L. Nations | |
| Rodriguez | Fior | 6:07-cv-16745-ACC-DAB | Howard L. Nations | |
| Russ | George | 6:07-cv-16776-ACC-DAB | Howard L. Nations | |
| Baytos | John F. | 6:06-cv-00964-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Bellman | Dawn R | 6:06-cv-01044-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Boal | Jeffrey | 6:06-cv-01043-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Boatwright | Julia L | 6:06-cv-01012-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Bobal | Mark D | 6:06-cv-00969-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Bosaw | Jennifer L | 6:06-cv-01011-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Boyer | Debra | 6:06-cv-00970-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Buchanan | Anita L | 6:06-cv-01020-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |

| | | | | |
|---|---|---|---|---|
| Caldwell | Leona | 6:06-cv-00996-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Carroll | Lori A | 6:06-cv-00974-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Chathams | Sandra J | 6:06-cv-00999-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Collier | Deborah K | 6:06-cv-01008-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Copeland | Nadine L. | 6:06-cv-01301-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Derosky | Barry J | 6:06-cv-00992-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Evans | Betty I. | 6:06-cv-01041-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Flye | Tracy L | 6:06-cv-01222-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Frederick | James | 6:06-cv-01000-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Gaiman | Jacqueline E | 6:06-cv-01297-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Gangidine | Samantha M.L. | 6:06-cv-01018-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Getchell | Beverly J. | 6:06-cv-01314-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Ginyard | Valarie | 6:06-cv-01223-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Glover | Eddie L | 6:06-cv-00977-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Godfrey | Ned R | 6:06-cv-00979-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Goldsmith | Shirley A | 6:06-cv-00986-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Gringel | Gail E | 6:06-cv-00994-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Hawkins | Michael W. | 6:06-cv-00984-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Heigl | John E. | 6:06-cv-00973-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Keith | Shirley | 6:06-cv-01305-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Ledbetter | Nichol | 6:06-cv-01046-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Levy | Cheryl K | 6:06-cv-01009-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Linderman | Donna R | 6:06-cv-01038-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Lockhart | Terri | 6:06-cv-01031-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |

22102387.2

| | | | | |
|---|---|---|---|---|
| Massey | Michelle | 6:06-cv-00966-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Masterson | John | 6:06-cv-01039-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| McAllister | Kathleen | 6:06-cv-00980-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| McIntyre | Carole | 6:06-cv-00998-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Morris | Laurel | 6:06-cv-01005-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Mozingo | Leanne | 6:06-cv-01029-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Naramore | Jennifer J. | 6:06-cv-01292-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| O'Hosky | William | 6:06-cv-01016-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Orie | Joy Danielle | 6:06-cv-00962-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Patton | Joseph D | 6:06-cv-01726-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Polis | Scott | 6:06-cv-01286-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Popp | Mary | 6:06-cv-01023-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Porter | Dennis | 6:06-cv-01030-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Powell | Shelley | 6:06-cv-00967-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Reardon | James R. | 6:06-cv-01388-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Reed | Betty S. | 6:06-cv-01051-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Reynolds | Vicky | 6:06-cv-01298-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Roberts | Debra K | 6:06-cv-01332-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Robinson | Lori A | 6:06-cv-01028-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Shearman | Margaret A | 6:06-cv-01289-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Simmons | Gregory J | 6:06-cv-01017-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Sims | Denise | 6:06-cv-01306-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Spung | Clinton | 6:06-cv-01045-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Sulkowski | Edward | 6:06-cv-00991-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |

22102387.2

| Tenney | Sharon | 6:06-cv-01032-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| --- | --- | --- | --- | --- |
| Thomas | Hellen J. | 6:06-cv-01295-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Weldon | Raymond | 6:06-cv-01040-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Williams | Oggie Y | 6:06-cv-01303-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Ainley | Tony C. | 6:06-cv-01145-ACC-DAB | Matthews & Associates | |
| Bearden | Yaki Yamania | 6:07-cv-10118-ACC-DAB | Matthews & Associates | |
| Davis | Inez | 6:09-cv-01592-ACC-DAB | Matthews & Associates | |
| Hayes | Michele I. | 6:07-cv-10033-ACC-DAB | Matthews & Associates | |
| Holloway | Thomas D | 6:07-cv-10141-ACC-DAB | Matthews & Associates | |
| Hyde | Novella | 6:07-cv-10036-ACC-DAB | Matthews & Associates | |
| Rigsby | Marsha | 6:07-cv-10081-ACC-DAB | Matthews & Associates | |
| Roberts | Sherry A | 6:07-cv-10047-ACC-DAB | Matthews & Associates | |
| Saulter | Grady | 6:07-cv-10148-ACC-DAB | Matthews & Associates | |
| Bradley | JoAnn | 6:09-cv-17002-ACC-DAB | Mulligan Law Firm | |
| Claire | James | 6:09-cv-17118-ACC-DAB | Mulligan Law Firm | |
| DeBlasio | Amy | 6:09-cv-17033-ACC-DAB | Mulligan Law Firm | Howard L. Nations |
| Englehart | Brenda | 6:09-cv-16868-ACC-DAB | Mulligan Law Firm | |
| Floyd | Patrick | 6:09-cv-17125-ACC-DAB | Mulligan Law Firm | |
| Gray | Rosie | 6:09-cv-17060-ACC-DAB | Mulligan Law Firm | |
| Hopkin | Laquawna | 6:09-cv-16885-ACC-DAB | Mulligan Law Firm | |
| Hughes | Nathaniel | 6:09-cv-16887-ACC-DAB | Mulligan Law Firm | |
| Husband | Frankie | 6:09-cv-16890-ACC-DAB | Mulligan Law Firm | |
| Johnson | Janet | 6:09-cv-16897-ACC-DAB | Mulligan Law Firm | |
| Kelley | Billy | 6:09-cv-17155-ACC-DAB | Mulligan Law Firm | |
| Kennebrew | Judy | 6:09-cv-17136-ACC-DAB | Mulligan Law Firm | The Miller Firm, LLC |
| Kessler | Ralph | 6:09-cv-16902-ACC-DAB | Mulligan Law Firm | |
| Lance | Melissa | 6:09-cv-16906-ACC-DAB | Mulligan Law Firm | |
| Lewis | Tamara | 6:09-cv-16910-ACC-DAB | Mulligan Law Firm | |
| Mitchell | Angela | 6:09-cv-16875-ACC-DAB | Mulligan Law Firm | |
| Nelson | Randy | 6:09-cv-16942-ACC-DAB | Mulligan Law Firm | Pearson, Randall & Schumacher, P.A. |
| Parrish | Doreen | 6:09-cv-16870-ACC-DAB | Mulligan Law Firm | |
| Radcliff | Mary | 6:09-cv-16964-ACC-DAB | Mulligan Law Firm | |
| Sargent | Sarah | 6:09-cv-17111-ACC-DAB | Mulligan Law Firm | |
| Simpson | Latasha | 6:09-cv-17148-ACC-DAB | Mulligan Law Firm | |
| Smith | Felicia | 6:09-cv-17117-ACC-DAB | Mulligan Law Firm | |
| Smith-Haynes | Felicia | 6:09-cv-16815-ACC-DAB | Mulligan Law Firm | |
| Swarts | Robert | 6:09-cv-16824-ACC-DAB | Mulligan Law Firm | |
| Taylor | Patricia | 6:09-cv-16826-ACC-DAB | Mulligan Law Firm | |
| Tipton | Marvin | 6:09-cv-17134-ACC-DAB | Mulligan Law Firm | |
| Tuttle | Cynthia | 6:09-cv-16836-ACC-DAB | Mulligan Law Firm | |
| Wagner | Evelyn | 6:09-cv-16876-ACC-DAB | Mulligan Law Firm | |

22102387.2

| Last | First | Case Number | Firm | Other |
|---|---|---|---|---|
| White | Dennis | 6:09-cv-16858-ACC-DAB | Mulligan Law Firm | |
| Wilder | Latosha | 6:09-cv-17113-ACC-DAB | Mulligan Law Firm | |
| Moore | Sheila | 6:08-cv-16796-ACC-DAB | Reyes, Bartolomei, Browne | |
| Alvarez | Simon A Sr. | 6:08-cv-00234-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Barnhill | Larry | 6:09-cv-00961-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | Bailey Perrin Bailey LLP |
| Bearden | Tony H. | 6:08-cv-01554-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Bouchard | Michael | 6:08-cv-00230-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Carey | Shandra | 6:08-cv-02108-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Cathcart | Yolanda | 6:08-cv-01943-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Chaffen | Rudolph E. | 6:08-cv-00365-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Dilieto | Dominic | 6:07-cv-01942-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Higdon | Frank | 6:08-cv-00122-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| LeClair | Debra | 6:07-cv-01839-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Nagy | Frank | 6:09-cv-01625-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Norton | Linda | 6:08-cv-02012-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Risher | Zachary | 6:07-cv-02076-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Strowder | Martha H | 6:07-cv-02070-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| True | Rachel A | 6:08-cv-00857-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Vela | Denise | 6:08-cv-00286-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Walterine | Sandifer | 6:07-cv-02051-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |

22102387.2

| Last Name | First Name | Case Number | Firm | |
|---|---|---|---|---|
| Adams | Lefton | 6:09-cv-01856-ACC-DAB | The Miller Firm, LLC | |
| Agosto | Luis | 6:08-cv-01510-ACC-DAB | The Miller Firm, LLC | |
| Allen | Kimla | 6:09-cv-00522-ACC-DAB | The Miller Firm, LLC | |
| Allen | Regina | 6:09-cv-00521-ACC-DAB | The Miller Firm, LLC | |
| Amos | Denise | 6:09-cv-17185-ACC-DAB | The Miller Firm, LLC | |
| Anderson | Steven | 6:09-cv-01857-ACC-DAB | The Miller Firm, LLC | |
| Ashcraft | Diana | 6:08-cv-01507-ACC-DAB | The Miller Firm, LLC | |
| Babb | Trudi | 6:08-cv-01509-ACC-DAB | The Miller Firm, LLC | |
| Barnette | Kevin | 6:08-cv-01941-ACC-DAB | The Miller Firm, LLC | |
| Bayes | Vanessa | 6:08-cv-00644-ACC-DAB | The Miller Firm, LLC | |
| Bellamy | Rebecca | 6:08-cv-00112-ACC-DAB | The Miller Firm, LLC | |
| Bennett | John | 6:08-cv-02015-ACC-DAB | The Miller Firm, LLC | |
| Berry | Harvey | 6:09-cv-00959-ACC-DAB | The Miller Firm, LLC | |
| Bleichner | Cindy | 6:08-cv-02101-ACC-DAB | The Miller Firm, LLC | |
| Boler | Michael | 6:09-cv-17177-ACC-DAB | The Miller Firm, LLC | |
| Borden | Delores | 6:09-cv-17174-ACC-DAB | The Miller Firm, LLC | |
| Bowen | Joanne | 6:09-cv-17190-ACC-DAB | The Miller Firm, LLC | |
| Bowles | Sharman | 6:09-cv-17191-ACC-DAB | The Miller Firm, LLC | |
| Boyce | Lynette | 6:08-cv-01312-ACC-DAB | The Miller Firm, LLC | |
| Boyce | Lynette | 6:08-cv-01508-ACC-DAB | The Miller Firm, LLC | |
| Bradshaw | Craig | 6:09-cv-01858-ACC-DAB | The Miller Firm, LLC | |
| Brass | Andre | 6:08-cv-02104-ACC-DAB | The Miller Firm, LLC | |
| Briglia | Christine | 6:08-cv-00646-ACC-DAB | The Miller Firm, LLC | |
| Brinson | Charles | 6:08-cv-01228-ACC-DAB | The Miller Firm, LLC | |
| Burgett | Judy | 6:09-cv-17192-ACC-DAB | The Miller Firm, LLC | |
| Burke | Janay | 6:09-cv-17193-ACC-DAB | The Miller Firm, LLC | |
| Burnson | Norma | 6:09-cv-01859-ACC-DAB | The Miller Firm, LLC | |
| Bush | Lauran | 6:09-cv-17194-ACC-DAB | The Miller Firm, LLC | |
| Cabay | Valerie | 6:09-cv-17160-ACC-DAB | The Miller Firm, LLC | |
| Cadwallader | Forrest | 6:08-cv-00645-ACC-DAB | The Miller Firm, LLC | |
| Casillas | Jennifer | 6:09-cv-17178-ACC-DAB | The Miller Firm, LLC | |
| Cavers | Bruce | 6:09-cv-17161-ACC-DAB | The Miller Firm, LLC | |
| Champion | Felice | 6:09-cv-17162-ACC-DAB | The Miller Firm, LLC | |
| Church | Cathy | 6:07-cv-01698-ACC-DAB | The Miller Firm, LLC | |
| Clay | Walter Sr. | 6:09-cv-01860-ACC-DAB | The Miller Firm, LLC | |
| Clemons | Patricia | 6:09-cv-00958-ACC-DAB | The Miller Firm, LLC | |
| Clodfelter | Sherry | 6:09-cv-17195-ACC-DAB | The Miller Firm, LLC | |
| Cochran | Violet | 6:08-cv-00643-ACC-DAB | The Miller Firm, LLC | |
| Cole | Arnita | 6:08-cv-01140-ACC-DAB | The Miller Firm, LLC | |
| Collins | Darrell | 6:09-cv-17196-ACC-DAB | The Miller Firm, LLC | |
| Collins | Dolores | 6:09-cv-01861-ACC-DAB | The Miller Firm, LLC | |
| Collins | Nannette | 6:09-cv-17197-ACC-DAB | The Miller Firm, LLC | |
| Colombus | Fran | 6:08-cv-00637-ACC-DAB | The Miller Firm, LLC | |
| Cornacchia | Vincent | 6:08-cv-00812-ACC-DAB | The Miller Firm, LLC | |
| Craig | Diane | 6:08-cv-01311-ACC-DAB | The Miller Firm, LLC | |
| Cwirko | Walter | 6:08-cv-00811-ACC-DAB | The Miller Firm, LLC | |
| Dangelo | Ronald | 6:09-cv-17208-ACC-DAB | The Miller Firm, LLC | |

22102387.2

| | | | |
|---|---|---|---|
| Davidson | Darla | 6:09-cv-17209-ACC-DAB | The Miller Firm, LLC |
| Dawdy | Carla | 6:09-cv-17189-ACC-DAB | The Miller Firm, LLC |
| Dawson | Kenneth | 6:09-cv-17198-ACC-DAB | The Miller Firm, LLC |
| De Loache | Wendy | 6:09-cv-17175-ACC-DAB | The Miller Firm, LLC |
| Desemer | Timothy | 6:08-cv-00647-ACC-DAB | The Miller Firm, LLC |
| DesJarlais | Gary | 6:08-cv-02102-ACC-DAB | The Miller Firm, LLC |
| Dickens | Sharrel | 6:09-cv-17199-ACC-DAB | The Miller Firm, LLC |
| DiVenuto | Susan | 6:09-cv-17210-ACC-DAB | The Miller Firm, LLC |
| Donald | Stella | 6:08-cv-00813-ACC-DAB | The Miller Firm, LLC |
| Downey | Paula | 6:09-cv-17211-ACC-DAB | The Miller Firm, LLC |
| Draggee | Tammy | 6:09-cv-17200-ACC-DAB | The Miller Firm, LLC |
| Duncombe | Dawna | 6:10-cv-00154-ACC-DAB | The Miller Firm, LLC |
| Edgar | Joseph | 6:07-cv-01392-ACC-DAB | The Miller Firm, LLC |
| Elam | Freda | 6:06-cv-01604-ACC-DAB | The Miller Firm, LLC |
| Fahrney | Marquita | 6:09-cv-17201-ACC-DAB | The Miller Firm, LLC |
| Falcone | Mark | 6:09-cv-17173-ACC-DAB | The Miller Firm, LLC |
| Fallstead | Anthony | 6:09-cv-01862-ACC-DAB | The Miller Firm, LLC |
| Feemster | Wangosha | 6:10-cv-00155-ACC-DAB | The Miller Firm, LLC |
| Finan | Dott | 6:09-cv-17179-ACC-DAB | The Miller Firm, LLC |
| Flannigan | Angela | 6:09-cv-01863-ACC-DAB | The Miller Firm, LLC |
| Ford | Jay E. Jr. | 6:09-cv-17212-ACC-DAB | The Miller Firm, LLC |
| Fore-Butler | Penny Ann | 6:09-cv-17202-ACC-DAB | The Miller Firm, LLC |
| Forsey | John | 6:09-cv-17163-ACC-DAB | The Miller Firm, LLC |
| Fox | Paul | 6:08-cv-00491-ACC-DAB | The Miller Firm, LLC |
| Freemyer | William | 6:08-cv-01146-ACC-DAB | The Miller Firm, LLC |
| Fries | Angela | 6:06-cv-01842-ACC-DAB | The Miller Firm, LLC |
| Fritts | Kimberly | 6:09-cv-01864-ACC-DAB | The Miller Firm, LLC |
| Fuller | Everleaner | 6:08-cv-01316-ACC-DAB | The Miller Firm, LLC |
| Gibbs | Evon | 6:08-cv-00639-ACC-DAB | The Miller Firm, LLC |
| Ginn | Holly | 6:09-cv-17164-ACC-DAB | The Miller Firm, LLC |
| Gomoll | Dorothy | 6:09-cv-17213-ACC-DAB | The Miller Firm, LLC |
| Gonzalez | Jena | 6:08-cv-00807-ACC-DAB | The Miller Firm, LLC |
| Green | Ladalia | 6:09-cv-01865-ACC-DAB | The Miller Firm, LLC |
| Griffis | Barbara | 6:09-cv-17214-ACC-DAB | The Miller Firm, LLC |
| Gutierrez | Joseph | 6:08-cv-01314-ACC-DAB | The Miller Firm, LLC |
| Guzman | Amilcar | 6:09-cv-17215-ACC-DAB | The Miller Firm, LLC |
| Hale | Donald | 6:08-cv-00633-ACC-DAB | The Miller Firm, LLC |
| Hammerschmidt | Denise | 6:09-cv-17204-ACC-DAB | The Miller Firm, LLC |
| Hardee | Michael | 6:09-cv-17205-ACC-DAB | The Miller Firm, LLC |
| Hatch | Amy | 6:10-cv-00156-ACC-DAB | The Miller Firm, LLC |
| Hatch | Amy | 6:09-cv-17206-ACC-DAB | The Miller Firm, LLC |
| Hendershot | Gerald | 6:08-cv-01713-ACC-DAB | The Miller Firm, LLC |
| Hoffman | Douglas | 6:09-cv-17180-ACC-DAB | The Miller Firm, LLC |
| Hoffmeister | Lori | 6:08-cv-02014-ACC-DAB | The Miller Firm, LLC |
| Holloway | Tony E. | 6:08-cv-01145-ACC-DAB | The Miller Firm, LLC |
| Holt | Ronald | 6:08-cv-02105-ACC-DAB | The Miller Firm, LLC |

| | | | | |
|---|---|---|---|---|
| Hom | Thomas | 6:08-cv-01712-ACC-DAB | The Miller Firm, LLC | |
| Howard | Loretta | 6:08-cv-00490-ACC-DAB | The Miller Firm, LLC | |
| Huffman | Jerry | 6:09-cv-01866-ACC-DAB | The Miller Firm, LLC | |
| Hunnicutt | Anthony | 6:09-cv-17207-ACC-DAB | The Miller Firm, LLC | |
| Ishee | Robert | 6:09-cv-17165-ACC-DAB | The Miller Firm, LLC | |
| Jackson | Linda | 6:07-cv-01699-ACC-DAB | The Miller Firm, LLC | |
| Jackson | Richard L. | 6:10-cv-00030-ACC-DAB | The Miller Firm, LLC | |
| Johnson | Todd P. | 6:08-cv-00636-ACC-DAB | The Miller Firm, LLC | |
| Kokotan | Margaret | 6:08-cv-00809-ACC-DAB | The Miller Firm, LLC | |
| Kruger | Flora | 6:08-cv-00640-ACC-DAB | The Miller Firm, LLC | |
| Lindner | Nick | 6:08-cv-02010-ACC-DAB | The Miller Firm, LLC | |
| Linville | Christopher | 6:08-cv-01889-ACC-DAB | The Miller Firm, LLC | |
| Littlepage | Sherri | 6:09-cv-01867-ACC-DAB | The Miller Firm, LLC | |
| Lovell | Christopher | 6:08-cv-01317-ACC-DAB | The Miller Firm, LLC | |
| Malmin | Forrest | 6:09-cv-17216-ACC-DAB | The Miller Firm, LLC | |
| Manasian | Richard | 6:09-cv-17166-ACC-DAB | The Miller Firm, LLC | |
| Mancini | Nancy | 6:10-cv-00165-ACC-DAB | The Miller Firm, LLC | |
| Martinez | Leroy A. | 6:08-cv-00641-ACC-DAB | The Miller Firm, LLC | |
| Massa | Richard | 6:09-cv-01868-ACC-DAB | The Miller Firm, LLC | |
| Matney | Ricky | 6:08-cv-00810-ACC-DAB | The Miller Firm, LLC | |
| McCoy | Rachel | 6:08-cv-02013-ACC-DAB | The Miller Firm, LLC | |
| McInnis | Carl E. | 6:08-cv-01229-ACC-DAB | The Miller Firm, LLC | |
| Mikel | Lyneal | 6:10-cv-00159-ACC-DAB | The Miller Firm, LLC | |
| Miller | Daryall | 6:09-cv-01869-ACC-DAB | The Miller Firm, LLC | |
| Mills | Sharron L. | 6:09-cv-01870-ACC-DAB | The Miller Firm, LLC | |
| Mizer | Brian | 6:09-cv-17187-ACC-DAB | The Miller Firm, LLC | |
| Moore | Crystal A. | 6:08-cv-01230-ACC-DAB | The Miller Firm, LLC | |
| Moore | Thomas | 6:08-cv-01139-ACC-DAB | The Miller Firm, LLC | |
| Moore | Unda | 6:09-cv-17167-ACC-DAB | The Miller Firm, LLC | |
| Mora | Richard | 6:08-cv-01132-ACC-DAB | The Miller Firm, LLC | |
| Morehead | Robert | 6:09-cv-17168-ACC-DAB | The Miller Firm, LLC | |
| Morgan | Diane | 6:09-cv-17176-ACC-DAB | The Miller Firm, LLC | |
| Muir | M. Joanne | 6:09-cv-17217-ACC-DAB | The Miller Firm, LLC | |
| Mullarkey | Roger | 6:08-cv-01732-ACC-DAB | The Miller Firm, LLC | |
| Neal | Gerald | 6:08-cv-01227-ACC-DAB | The Miller Firm, LLC | |
| Nennig | Jason | 6:10-cv-00157-ACC-DAB | The Miller Firm, LLC | |
| Newton | Brenda | 6:08-cv-00808-ACC-DAB | The Miller Firm, LLC | |
| North | Richard | 6:09-cv-17181-ACC-DAB | The Miller Firm, LLC | |
| Odum | Virginia | 6:09-cv-01871-ACC-DAB | The Miller Firm, LLC | |
| Oldfield | Kelly | 6:09-cv-01872-ACC-DAB | The Miller Firm, LLC | |
| Olsen | Rick | 6:09-cv-01874-ACC-DAB | The Miller Firm, LLC | |
| Owens | Deborah | 6:08-cv-01133-ACC-DAB | The Miller Firm, LLC | |
| Parker | David Keith | 6:09-cv-01875-ACC-DAB | The Miller Firm, LLC | |
| Perry | David | 6:08-cv-01318-ACC-DAB | The Miller Firm, LLC | |
| Pickens | Helen | 6:08-cv-01147-ACC-DAB | The Miller Firm, LLC | |
| Pineo | Helen | 6:09-cv-17182-ACC-DAB | The Miller Firm, LLC | |
| Pittman | James | 6:10-cv-00158-ACC-DAB | The Miller Firm, LLC | |

| | | | | |
|---|---|---|---|---|
| Poe | Jeffrey | 6:08-cv-02103-ACC-DAB | The Miller Firm, LLC | |
| Pollard | Juanita | 6:10-cv-00160-ACC-DAB | The Miller Firm, LLC | |
| Pope | Veda | 6:08-cv-01315-ACC-DAB | The Miller Firm, LLC | |
| Potter | Ken | 6:10-cv-00161-ACC-DAB | The Miller Firm, LLC | |
| Price | Edward | 6:10-cv-00162-ACC-DAB | The Miller Firm, LLC | |
| Reyes | Vincent | 6:08-cv-00113-ACC-DAB | The Miller Firm, LLC | |
| Richards | Frank | 6:09-cv-17186-ACC-DAB | The Miller Firm, LLC | |
| Richards | Frank | 6:08-cv-01313-ACC-DAB | The Miller Firm, LLC | |
| Ripley | Victoria | 6:10-cv-00166-ACC-DAB | The Miller Firm, LLC | |
| Rivera | Jorge | 6:08-cv-02009-ACC-DAB | The Miller Firm, LLC | |
| Robinson | Doris | 6:08-cv-00642-ACC-DAB | The Miller Firm, LLC | |
| Sappal | Hardev | 6:09-cv-17218-ACC-DAB | The Miller Firm, LLC | |
| Sawyers | Nick Douglas | 6:08-cv-01512-ACC-DAB | The Miller Firm, LLC | |
| Serrano | Pablo | 6:08-cv-01511-ACC-DAB | The Miller Firm, LLC | |
| Shade | Gena | 6:08-cv-01514-ACC-DAB | The Miller Firm, LLC | |
| Sims | Kirby | 6:08-cv-01513-ACC-DAB | The Miller Firm, LLC | |
| Smith | Jimmy E. | 6:10-cv-00163-ACC-DAB | The Miller Firm, LLC | |
| Smith | Keith | 6:09-cv-17169-ACC-DAB | The Miller Firm, LLC | |
| Stennis | Daniel Lloyd | 6:08-cv-00638-ACC-DAB | The Miller Firm, LLC | |
| Swailes | Steven | 6:08-cv-00634-ACC-DAB | The Miller Firm, LLC | |
| Talley | Bobbie | 6:08-cv-02016-ACC-DAB | The Miller Firm, LLC | |
| Tayamen-Ballin | Barbara | 6:10-cv-00164-ACC-DAB | The Miller Firm, LLC | |
| Taylor | Allen | 6:09-cv-17183-ACC-DAB | The Miller Firm, LLC | |
| Taylor | William | 6:09-cv-17183-ACC-DAB | The Miller Firm, LLC | |
| Temple-Thrash | Patricia Ann | 6:10-cv-00170-ACC-DAB | The Miller Firm, LLC | |
| Thomas | Jean | 6:08-cv-00164-ACC-DAB | The Miller Firm, LLC | |
| Thomas | Luther | 6:08-cv-00492-ACC-DAB | The Miller Firm, LLC | |
| Thornburn | Lee | 6:09-cv-17171-ACC-DAB | The Miller Firm, LLC | |
| Thornton | Joseph | 6:10-cv-00167-ACC-DAB | The Miller Firm, LLC | |
| Tindull | Deirdre | 6:08-cv-00165-ACC-DAB | The Miller Firm, LLC | |
| Troxtell | Danny L | 6:07-cv-01459-ACC-DAB | The Miller Firm, LLC | |
| Tryon | Julie Ann | 6:07-cv-16794-ACC-DAB | The Miller Firm, LLC | |
| Turner | Dennis | 6:09-cv-17184-ACC-DAB | The Miller Firm, LLC | |
| Tyner | Debbie | 6:09-cv-17219-ACC-DAB | The Miller Firm, LLC | |
| Walker | Connie | 6:08-cv-02100-ACC-DAB | The Miller Firm, LLC | |
| Warren | Brenda | 6:10-cv-00169-ACC-DAB | The Miller Firm, LLC | |
| Washington | Brenda | 6:09-cv-17188-ACC-DAB | The Miller Firm, LLC | |
| Weisz | Jeanne | 6:10-cv-00168-ACC-DAB | The Miller Firm, LLC | |
| White | David | 6:07-cv-01611-ACC-DAB | The Miller Firm, LLC | |
| Wigen | Barbara | 6:09-cv-01873-ACC-DAB | The Miller Firm, LLC | |
| Wilson | Andreanna | 6:09-cv-17220-ACC-DAB | The Miller Firm, LLC | |
| Zullo | Mark | 6:08-cv-01506-ACC-DAB | The Miller Firm, LLC | |
| Zwilling | Scott | 6:08-cv-00635-ACC-DAB | The Miller Firm, LLC | |
| Zwilling | Scott | 6:08-cv-00635-ACC-DAB | The Miller Firm, LLC | |

22102387.2

| Crowder | Joseph | 6:07-cv-00686-ACC-DAB | Weitz & Luxenberg, P.C. | |
| --- | --- | --- | --- | --- |
| Barker | Mary | 6:07-cv-00340-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Condict | Jeanne-Marie | 6:07-cv-00353-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Daniels | Karen S | 6:07-cv-00361-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Flemming | Mary Lou | 6:07-cv-00372-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Handy | Dianne B | 6:07-cv-00434-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Land | Jerry | 6:07-cv-00394-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Moore | Earnest | 6:07-cv-00367-ACC-DAB | Whatley Drake & Kallas, LLC | Matthews & Associates |
| Mylott | Helen | 6:07-cv-00385-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Narbonne | Helen | 6:07-cv-00387-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Pancake | Elizabeth | 6:07-cv-00414-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Pearson | Ronald J | 6:07-cv-00445-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Royster-Serrano | Melissa | 6:07-cv-00416-ACC-DAB | Whatley Drake & Kallas, LLC | Gallagher Law Firm |
| Shay | Paula | 6:07-cv-00424-ACC-DAB | Whatley Drake & Kallas, LLC | |

22102387.2