# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FILED
2012 MAR 26  PM 12: 04
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

IN RE: Seroquel Products Liability
       Litigation

This Document Relates to All Cases Listed on
the Attached Exhibit A

Case No. 6:06-md-1769-Orl-22DAB

## ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the Stipulated Motion for Entry of Judgments of Dismissal with Prejudice in 4,870 Cases (Doc. No. 1735).

Based on the foregoing, it is ordered as follows:

1. The Stipulated Motion for Entry of Judgments of Dismissal with Prejudice in 4,870 Cases (Doc. No. 1735) is GRANTED.

2. Each case listed on Exhibit A is hereby DISMISSED WITH PREJUDICE.

3. Each party shall bear its own fees, costs and expenses.

4. AstraZeneca is directed to electronically file a copy of this Order and Final Judgment of Dismissal with Prejudice, excluding Exhibit A, in each case listed in the Exhibit.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 26, 2012.

ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record