UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  SEROQUEL PRODUCTS LIABILITY
         LITIGATION

This Document Relates to All Cases Listed on          Case No. 6:06-md-1769-ACC-DAB
The Attached Exhibit A

## CERTIFICATE OF COMPLIANCE

I, Joe R. Whatley, Jr., do hereby certify that on the 2nd day of April, 2012, I sent by Federal Express a copy of the Order and Report and Recommendation entered on 28th day of March, 2012 to the Plaintiffs at his or her last known address.

Done this the 3rd day of April, 2012.

   /s/  Joe R. Whatley, Jr.
Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL  35203
Telephone:  (205) 328-9576
Facsimile:  (205) 328-9669
Email:  jwhatley@wdklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all Counsel of Record that are registered with the Court's CM/ECF system.

   /s/ Joe R. Whatley, Jr.
Of Counsel