# EXHIBIT A

| **Plaintiff's Last Name** | **Plaintiff's First Name** | **Case Number** | **Plaintiff Counsel** |
|---|---|---|---|
| Daniels | Karen S. | 6:07-cv-00361-ACC-DAB | Whatley Drake & Kallas, LLC |
| Flemming | Mary L. | 6:07-cv-00372-ACC-DAB | Whatley Drake & Kallas, LLC |
| Pancake | Elizabeth | 6:07-cv-00414-ACC-DAB | Whatley Drake & Kallas, LLC |
| Pearson | Ronald | 6:07-cv-00445-ACC-DAB | Whatley Drake & Kallas, LLC |
| Shay | Paula | 6:07-cv-00424-ACC-DAB | Whatley Drake & Kallas, LLC |