UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE:  SEROQUEL PRODUCTS LIABILITY
        LITIGATION**

This Document Relates to All Cases Listed on          Case No. 6:06-md-1769-ACC-DAB
The Attached Exhibit A

## <u>MOTION TO REINSTATE CASES</u>

Come now the Movants and move the Court to reinstate their cases and not dismiss them for failure to prosecute.

1.      On November 14, 2011, these cases were dismissed without prejudice subject to the right of any party to re-open the actions within 120 days, upon good cause shown, or to submit a stipulated form of final order or judgment.  The dismissals resulted from the Movants failure to execute the Settlement Agreement and Release negotiated by Plaintiffs and Defendant.

2.      On March 6, 2012, Plaintiffs' counsel forwarded to the Plaintiffs by Federal Express at their last known address, a copy of the Order to Show Cause.

3.      On April 2, 2012, Plaintiffs' counsel forwarded to Plaintiffs by Federal Express at their last known locations, a copy of the Order and Report and Recommendation.  Upon receipt of this Order, the Plaintiffs' contacted their counsel and advised them that they did not want their cases dismissed.

4.      The parties have reached a settlement in principle, but the Settlement Agreement has not been consummated.  The fundamental agreement is still in place; however, Plaintiffs believe it best serves the interest of justice to reinstate these cases so that the Court maintains jurisdiction until the Agreement can be consummated.

　　　/s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL  35203
Telephone:  (205) 328-9576
Facsimile:  (205) 328-9669
Email:  jwhatley@wdklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all Counsel of Record that are registered with the Court's CM/ECF system.

　　　/s/ Joe R. Whatley, Jr.
Of Counsel