# EXHIBIT A

| Plaintiff's Last Name | Plaintiff's First Name | Case Number | Plaintiff Counsel |
|---|---|---|---|
| Flemming | Mary L. | 6:07-cv-00372-ACC-DAB | Whatley Drake & Kallas, LLC |
| Pearson | Ronald | 6:07-cv-00445-ACC-DAB | Whatley Drake & Kallas, LLC |
| Shay | Paula | 6:07-cv-00424-ACC-DAB | Whatley Drake & Kallas, LLC |
|  |  |  |  |
|  |  |  |  |