UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MDL DOCKET NO:

IN RE:  Seroquel Products            Case No. 6:06-md-1769-Orl-22DAB
        Liability Litigation

_____/

**PLAINTIFFS' LIAISON COUNSEL, LARRY M. ROTH'S
MOTION AND COMBINED MEMORANDUM TO
WITHDRAW AS PLAINTIFFS' LIAISON COUNSEL,
CERTIFICATION PURSUANT TO M.D.L.R. 3.01(g)**

The Plaintiffs' Liaison Counsel, Larry M. Roth (hereinafter "ROTH"), hereby files this Motion and Combined Memorandum to Withdraw from any further responsibilities, obligations, actions or conduct as Plaintiffs' Liaison Counsel, and in support of this Motion the following would be stated:

1.     Plaintiffs' Liaison Counsel has served in this position since being appointed by the Court on September 7, 2006 in the main MDL Case #1769 (Doc. 28, 32 at p. 6, and Doc. 130 dated January 26, 2007).  Since that time Plaintiffs' Counsel has performed all of his administrative duties generally associated with Plaintiffs' Liaison Counsel in MDLs.  *See, Herr Annotated Manual for Complex Litigation*, § 10.221, at 37 (4th Ed. 2006); *In Re: Pantopaque Products Liability Litigation*, 938 F. Supp. 266 (D.N.J. 1996) ("Liaison counsel performs only two functions, maintaining service lists and circulating correspondence between the Court and parties"), *citing Manual 3rd*, § 20.221.

2.     As the Court knows, settlements are being agreed to through Mediation with Professor Stephen Salzburg in the MDL cases, resolution of liens are taking place, the Plaintiffs' attorneys are taking their fees, and individual Plaintiffs are receiving settlement funds in

accordance with whatever particular calculus and/or grid system or formula is being used in these cases. Releases and Notices of Dismissals are being filed, and Court Orders of Dismissal are being filed.

3. It is Plaintiffs' Liaison Counsel's general understanding that there are approximately 1,224-1,226 cases that will be remaining in the MDL which have not been settled in principle, but by which some action must be taken by May 29, 2012. (Information supplied by AZ counsel.)

4. The vast majority of work that was to be performed by Plaintiffs' Liaison Counsel when he was first appointed in 2006 has been completed with respect to this particular MDL.

5. When the undersigned counsel was first appointed Plaintiffs' Liaison Counsel, ROTH was in his own law firm, the Law Offices of Larry M. Roth, P.A. On May 1, 2010, ROTH became a general partner in the law firm of Rumberger, Kirk & Caldwell, P.A. Since that time the undersigned Plaintiffs' Liaison Counsel has still continued with his administrative responsibilities.

6. At this juncture of the case, and after approximately 5.75 years of official involvement as Plaintiffs' Liaison Counsel the undersigned is no longer able to perform his administrative functions mainly because of personal and financial reasons. The basis for the financial hardship will be specified in an Affidavit that is being requested separately to be filed under Seal. Between that issue and the fact that the primary role of Plaintiffs' Liaison Counsel has been essentially satisfied at this juncture, the Court is requested to release and relieve Larry M. Roth from any further responsibility as Plaintiffs' Liaison Counsel.

7. Plaintiffs' Liaison Counsel has been paid a certain percentage (%) from settlement funds for cases which have settled as per the Court's Order (Doc. 1692), and on six

(6) separate contracts for fees with certain Plaintiffs' firms.  However, the amount paid or even due Plaintiffs' Liaison Counsel comes nowhere close to fully compensating ROTH for the amount of time and lost fees he has incurred officially acting as Plaintiffs' Liaison Counsel since September 2006.  Many plaintiffs' attorneys have to be constantly contacted and demands for payment have had to be made by Plaintiffs' Liaison Counsel for his fees as ordered by this Court on September 17, 2010 (Doc. 1692), as well as only one firm with whom Plaintiffs' Liaison Counsel has a contract, but who has not yet paid what was agreed.  The preponderance of fees which have been paid for settlement of the cases to Plaintiffs' Liaison Counsel have come from the Bailey Perrin Bailey firm, who had the most cases in the MDL.

       8.      Plaintiffs' Liaison Counsel, further, has had to spend time and resources on unrelated issues for which no compensation can be received or could be despite excessively expended time and money with regard to certain complaints made by individual Plaintiffs to this Court about ROTH being their attorneys (3 occasions), and having to defend himself on two (2) grievances filed with The Florida Bar by individual Plaintiffs who contended Plaintiffs' Liaison Counsel was their attorney and with whom they had attorney/client relationships.  Plaintiffs' Liaison Counsel has spent countless, uncompensated hours and costs, resolving these issues brought up by individual Plaintiffs against their attorneys which were addressed to this Court, or at The Florida Bar level.

       9.      There will be no prejudice to any of the Plaintiffs' counsel for whom the undersigned performed administrative acts as every Plaintiffs' attorney who was involved in the MDL cases have had to sign up on the ECF system, and therefore receives notice of everything. There is unnecessary duplication of effort at this juncture in which Plaintiffs' Liaison Counsel

has to undergo whenever some type of notice, motion or order is issued either in the master Case #1769, or an individual case.

10. ROTH gets electronic filings of everything. Plaintiffs' Liaison Counsel sent out a mass e-mailing to all Plaintiffs' attorneys who were on the Plaintiffs' e-mail list on May 12, 2012, and a letter to the same effect again on May 17, 2012 to ask if any Plaintiffs' attorneys had any objections. None were received. Also, AZ Florida counsel was contacted, Mr. Coutroulis and Mr. Ciotti, and procedurally they had no objections. Thus, Plaintiffs' Liaison Counsel can certify under M.D.L.R. 3.01(g) that there is no opposition to this Motion to Withdraw.

11. The Order to Withdraw is requested to require continuance of payments by Plaintiffs' Liaison Counsel's fees, pursuant to this Court's Order (Doc. 1692), and any contract for the payment of Plaintiffs' Liaison Counsel's fee entered into with the six (6) Plaintiffs' law firms, which shall remain in force and effect, subject to the jurisdiction of this Court. The Court is also requested to <u>retain</u> jurisdiction if the Court's Order or fees and/or individual contracts are not complied with by Plaintiffs' Counsel for any MDL case pending as of the date of the Order of Withdrawal. Thereafter, any new case that might be transferred or filed in the MDL will not be subject to payment to the undersigned Plaintiffs' Liaison Counsel the 1% fee the Court has ordered, or the agreed to contract fee with the individual Plaintiffs' firms, if occurring after the Order permitting the withdrawal of Roth.

12. Plaintiffs' Liaison Counsel also has extreme difficulty continuing in this capacity while at his present law firm, as has been the situation since May 1, 2010. The Rumberger firm is not generally a plaintiff's personal injury firm, and handles cases mainly in the areas of products liability and pharmaceutical work as defense counsel. ROTH has certain obligations and requirements as a partner in terms of billings and hours, of which this Court has had in their

pre-judicial appointments, the non-billable time and work expended while at RKC is not credited or recognized by the Firm. Additionally, it raises for the Rumberger firm issues as to possible conflicts of interest at any one time, and potentially affects their defense business. All costs such as court phone hearings, mailings, photocopying, and personal attendance at proceedings has been paid for by ROTH personally since May 1, 2010.

13.     Plaintiffs' attorneys were sent an e-mail by ROTH on May 14, 2012 that he was going to file this Motion to Withdraw. A letter from ROTH was sent to all Plaintiffs' attorneys in the *Seroquel* MDL on May 17, 2012 outlining the terms of this request to withdraw. There have been no objections from Plaintiffs' MDL *Seroquel* attorneys. AZ Florida counsel, Mr. Coutroulis and Mr. Ciotti were advised this Motion to Withdraw would be filed, and they had no objection.

WHEREFORE, Plaintiffs' Liaison Counsel hereby respectfully requests the Court to enter an Order allowing Roth to withdraw and to relieve him of all duties, responsibilities and obligations as Liaison Counsel in the MDL Case No. 1769 and/or any individual case in the *Seroquel* litigation filed in the Middle District of Florida, Orlando Division.

RESPECTFULLY SUBMITTED this 18th day of May, 2012.

    s/ Larry M. Roth_____
LARRY M. ROTH
Florida Bar No. 208116
Plaintiffs' Liaison Counsel
Rumberger, Kirk & Caldwell, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
E-mail:  lroth@rumberger.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.

        s/ Larry M. Roth_____
        Larry M. Roth
        Florida Bar No. 208116
        Plaintiffs' Liaison Counsel
        Rumberger, Kirk & Caldwell, P.A.
        Lincoln Plaza, Suite 1400
        300 South Orange Avenue
        Post Office Box 1873
        Orlando, Florida  32802-1873
        Telephone:  (407) 872-7300
        Telecopier:  (407) 841-2133
        E-mail:  LROTH@rumberger.com


| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com<br>mailto:kfibich@fhl%1Elaw.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Seth Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797 .<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws%1Elaw.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** |

| | |
|---|---|
| <u>Thomas Campion, Esq.</u><br><u>Steven M. Selna</u><br><u>Heidi E. Hilgendorff, Esq.</u><br><u>Drinker Biddle & Reath, LLP</u><br><u>500 Campus Drive</u><br><u>Florham Park, New Jersey 07932-1047</u><br><u>Telephone: (973) 360-1100</u><br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Joseph C. Langston, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Brennan Joseph Torregrossa<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

| | |
|---|---|
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Russell O. Stewart<br>Krisann Kleibacker Lee<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@clarkperdue.com<br>lcollins@clarperdue.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com | Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com |
| Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com | Orran Brown<br>Brown Greer PLC<br>115 South 15th Street, Suite 400<br>Richmond, VA 23219<br>(804) 521-7201<br>obrown@browngreer.com |