UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: SEROQUEL PRODUCTS**
**LIABILITY LITIGATION**

This document relates to all cases
shown on Exhibit 1A to Exhibit 1

No. 6:06-MDL-1769-ACC-DAB

## STIPULATED MOTION FOR ENTRY OF ORDER PROVIDING FOR JUDGMENTS OF DISMISSAL WITH PREJUDICE IN 1,080 CASES

AstraZeneca, by its undersigned counsel, and each of the plaintiffs in the 1,080 cases

listed on Exhibit 1A to the proposed order attached hereto as Exhibit 1, by their separate

undersigned counsel, hereby move the Court for an order in the form set forth on Exhibit 1

granting this motion, providing for entry of a final judgment of dismissal with prejudice in each

case listed on Exhibit 1A, and directing AstraZeneca to file such order in each of the individual

dockets of those cases, with each party to bear its own fees, costs, and expenses.  The grounds

for the motion are set forth below.

### SUPPORTING MEMORANDUM

The parties previously provided the Court with lists identifying those cases pending in the

MDL that were subject to executed settlement agreements.  (Doc. 1724, 1731)  Those executed

settlement agreements (plus one additional agreement) encompass 6,099 MDL cases (all but two

of the cases that are contained in the MDL).  Setting those two cases aside, the Court

subsequently entered a series of dismissal orders covering these 6,099 cases.  Those orders

dismissed the cases "without prejudice subject to the right of any party to re-open the action

within one hundred and twenty (120) days, upon good cause shown, or to submit a stipulated

form of final order or judgment."[1]   For each case, the Clerk was directed to close the file.  (*Id.*)

On February 28, 2012 and February 29, 2012, the parties filed two motions (Dkt. No's 1735, and

1736) respectively requesting the entry of an order providing for judgments of dismissal with

prejudice in 4,870 cases, and for an extension of time in the remaining 1,229 cases.  Those

motions were granted by orders dated March 1, 2012 (as to the extensions) and March 26, 2012

(as to the judgments of dismissal with prejudice) (Dkt. Nos. 1737, 1738).  Moreoever, since the

entry of those orders, one case receiving an extension was identified as a duplicate (so there were

actually 1,228 cases in that category rather than 1,229), seven more cases have been dismissed

with prejudice in this Court, and the parties have agreed that two other cases previously

dismissed without prejudice by stipulation (6:06-cv-01299 and 6:06-cv-01302) should have a

judgment of dismissal with prejudice entered pursuant to this motion.

The instant motion encompasses 1,080 of the remaining 1,223 cases, which will bring the

total percentage of MDL cases either now dismissed with prejudice or to be dismissed with

prejudice pursuant to this motion to more than 97% of the total cases previously dismissed by the

Court without prejudice.[2]  There are 31 separate settlement agreements between AstraZeneca and

a particular plaintiff's counsel covering in total the 6,099 cases; the cases in Exhibit 1A are

included in 15 of these agreements.  Each agreement contains general and plaintiff-specific

requirements that must be satisfied before a plaintiff may participate in the settlement.  In each of

these 1,080 cases, both types of requirements have been satisfied, and therefore the listed

---

[1] See 6:06-MDL-1769 (Docs. 1725-1730); 6:07-cv-01909 (Doc. 7); 6:07-cv-10007 (Doc. 22); 6:07-cv-10416 (Doc. 13); 6:07-cv-14892 (Doc. 14); 6:07-cv-15578 (Doc. 13); 6:07-cv-11358 (Doc. 16); 6:09-cv-00960 (Doc. 7); 6:09-cv-17117 (Doc. 9); 6:09-cv-17134 (Doc. 9); 6:09-cv-17175 (Doc. 11); 6:09-cv-17155 (Doc. 9); 6:09-cv-17186 (Doc. 10); 6:10-cv-00156 (Doc. 7).

[2] The remaining 143 cases (less than 3% of the 6,099 that were in the MDL) are subject to a separate, contemporaneously filed, stipulated motion for further extension.

plaintiffs are participating in their particular settlements or are otherwise subject to dismissal with prejudice pursuant to the terms of the particular settlement. Accordingly, a judgment of dismissal with prejudice is appropriate in each such plaintiff's case.

Wherefore, the undersigned counsel request that the Court enter an order in the form set forth in Exhibit 1 granting this motion, providing for entry of a final judgment of dismissal with prejudice in each case listed on Exhbit 1A of such order, and directing AstraZeneca to file such order in each of the individual dockets for the cases set forth on Exhbit 1A, each party to bear its own fees, costs, and expenses.

DATED: May 29, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida 22607
Telephone: 813-223-7000
Facsimile: 813-229-4133
E-mail: ccoutroulis@carltonfields.com
           rciotti@carltonfields.com
Defendants' Counsel (as to all cases listed on Exhibit 1A to Exhibit 1)

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: 850-916-7450
Facsimile: 850-916-7449
E-mail: BAylstock@awkolaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Robert A. Schwartz
Robert A. Schwartz
Bailey & Galyen
18333 Egret Bay Blvd., Suite 444
Houston, Texas 77058
Telephone: 281-335-7744
Facsimile: 281-335-5871
E-mail: bschwartz@ galyen.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ K. Camp Bailey
K. Camp Bailey
Robert W. Cowan
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Telephone: 713-425-7100
Facsimile: 713-425-7101
Email: cbailey@bpblaw.com
        rcowan@bpblaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Brandon J. Taylor
Brandon J. Taylor
Cossich, Sumich, Parsiola & Taylor, LLC
8397 Highway 23 Suite 100,
Belle Chasse, Louisiana 70037-0400
Telephone: 504-394-9000
Facsimile: 504-394-9110
E-mail: btaylor@cossichlaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Michael A. London
Michael A. London
Douglas & London, P.C.
111 John Street, 14th Floor
New York, New York 10038
Telephone: 212-566-7500
Facsimile: 212-566-7501
E-mail: mlondon@douglasandlondon.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Michael Gallagher
Michael Gallagher
The Gallagher Law Firm, LLP
2905 Sackett Street

Houston, Texas  77098
Telephone:  888-222-7052
Facsimile:  713-238-7705
E-mail:  mike@gld-law.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ David L. Friend
David L. Friend
Hissey Kientz, LLP
9442 North Capital of Texas Hwy, Suite 400
Austin, Texas  78759
Telephone:  512-320-9100
Facsimile:  512-320-9101
E-mail:  dfriend@hkllp.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Howard L. Nations
Howard L. Nations
Law Offices of Howard L. Nations
4515 Yoakum Blvd.
Houston, Texas  77006
Telephone:  713-807-8400
Facsimile:  713-807-8423
E-mail:  howard.nations@howardnations.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Lawrence J. Gornick
Lawrence J. Gornick
Dennis J. Canty
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th Floor
San Francisco, California  94104
Telephone:  877-575-4529
Facsimile:  415-981-1270
E-mail:  lgornick@lskg-law.com
E-mail:  dcanty@kaisergornick.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Lizy Santiago
Lizy Santiago
Matthews & Associates
2905 Sackett Street
Houston, Texas  77098
Telephone:  713-522-5250
Facsimile:  713-535-7133
E-mail:  lsantiago@thematthewslawfirm.com

Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Patrick J. Mulligan
Patrick J. Mulligan
The Mulligan Law Firm
4514 Cole Avenue, Suite 300
Dallas, Texas 75205
Telephone: 214-219-9779
Facsimile: 214-520-8789
Email: pmulligan@mulliganlaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Gale D. Pearson
Gale D. Pearson
Pearson, Randall, & Schumacher, P.A.
Fifth Street Towers
100 South Fifth Street, # 1025
Minneapolis, Minnesota  55402
Telephone: 612-767-7500
Facsimile: 612-767-7501
E-mail: gpearson@prslegal.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ David J. Dickens
David J. Dickens, Esq.
The Miller Firm, LLC
The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
Email: ddickens@millerfirmllc.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Paul J. Pennock
Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York  10003
Telephone: 212-558-5549
Facsimile: 212-344-5461
E-mail: Ppennock@weitzlux.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Russell Jackson Drake
Russell Jackson Drake

Whatley Drake & Kallas, LLC
1000 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
Telephone:  205-328-9576
Facsimile:  205-328-9669
Email:  jdrake@wdklaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert L. Ciotti _____

23329405.1