**EXHIBIT 1**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

This Order Relates to All Cases Listed on the Attached Exhibit 1A

Case No. 6:06-md-1769-Orl-22DAB

## ORDER

This cause comes before the Court on the Joint Motion for Extension of Time as to 143 Remaining Cases (Doc. No. ____).

Based on the foregoing, it is ordered as follows:

1. The Joint Motion for Extension of Time as to 143 Remaining Cases (Doc. No. ____) is GRANTED.

2. The deadline for any party to move to re-open the actions listed on Exhibit 1A attached hereto, upon good cause shown, or to submit a stipulated form of final order or judgment, or to file a stipulation of dismissal with prejudice is hereby extended by ninety (90) days.

3. Either party may file a copy of this Order in the specific cases listed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on _____, 2012.

ANNE C. CONWAY
Chief United States District Judge

Copies Furnished To:

Counsel of Record

# EXHIBIT 1A

| Plaintiff Last Name | Plaintiff First Name | Case Number | Plaintiff Counsel | Settlement Counsel (if different) |
|---|---|---|---|---|
| Eburg | Traci | 6:09-cv-17246-ACC-DAB | Allen Law Firm | |
| Waddle | Bobby | 6:09-cv-17265-ACC-DAB | Allen Law Firm | |
| Alexander | Jeff | 6:06-cv-01854-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Bailey | Lizzie | 6:08-cv-01142-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Bjorn | Kathryn A | 6:06-cv-01010-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Boyer | John | 6:08-cv-01710-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Carrow | Lester | 6:07-cv-01458-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Johnson | Patricia Jo | 6:07-cv-01837-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Karl | Catherine | 6:09-cv-01199-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Karl | Nancy | 6:09-cv-00260-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Loes | Zachary L | 6:07-cv-01004-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Palmer | Willie | 6:06-cv-00978-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Reed | Bestelle | 6:08-cv-00912-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Smith | Shirley | 6:07-cv-01945-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Staples | Willie Lee | 6:09-cv-00257-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Arnold | Cindy A. | 6:07-cv-12270-ACC-DAB | Bailey Perrin Bailey LLP | The Miller Firm, LLC |
| Balderas | Marta | 6:07-cv-15880-ACC-DAB | Bailey Perrin Bailey LLP | |

| Brinson | Charles | 6:07-cv-14670-ACC-DAB | Bailey Perrin Bailey LLP | The Miller Firm, LLC |
|---|---|---|---|---|
| Coffee | Robert | 6:07-cv-13271-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cooper | Ginger | 6:07-cv-14758-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gatson | Phylicia | 6:07-cv-14890-ACC-DAB | Bailey Perrin Bailey LLP | |
| Goodgames | Anthony | 6:07-cv-13494-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Jamile | 6:07-cv-13703-ACC-DAB | Bailey Perrin Bailey LLP | |
| Keohare | Jennyfer | 6:07-cv-15597-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lee | Lee | 6:07-cv-12175-ACC-DAB | Bailey Perrin Bailey LLP | |
| Melser | Lance | 6:07-cv-13926-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nesteruk | Allan | 6:07-CV-14000-ACC-DAB | Bailey Perrin Bailey LLP | |
| Parkes | Isaiah | 6:07-cv-15597-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Beverly | 6:07-cv-11973-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Beverly | 6:07-cv-15357-ACC-DAB | Bailey Perrin Bailey LLP | |
| Teague | James | 6:07-cv-15670-ACC-DAB | Bailey Perrin Bailey LLP | |
| Vincent | Felicia | 6:07-cv-12935-ACC-DAB | Bailey Perrin Bailey LLP | |
| Zapletal | Monica | 6:07-cv-12748-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fonseca | Ismael | 6:08-cv-00366-ACC-DAB | Brett Duke, P.C. | |
| Francisco | Zenia | 6:09-cv-01162-ACC-DAB | Hissey Kientz, LLP | |
| Baker | Daniel S | 6:07-cv-16733-ACC-DAB | Howard L. Nations | |
| Barnes | Terry | 6:07-cv-16752-ACC-DAB | Howard L. Nations | |
| Coleman | James | 6:07-cv-16765-ACC-DAB | Howard L. Nations | |
| Martin | Evelyn | 6:07-cv-12099-ACC-DAB | Howard L. Nations | |
| Moore | Matthew J | 6:08-cv-00287-ACC-DAB | Howard L. Nations | |
| Peters | Kathy | 6:07-cv-16761-ACC-DAB | Howard L. Nations | |
| Bellman | Dawn R | 6:06-cv-01044-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Masterson | John | 6:06-cv-01039-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |

| | | | | |
|---|---|---|---|---|
| O'Hosky | William | 6:06-cv-01016-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Reed | Betty S. | 6:06-cv-01051-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Hopkin | Laquawna | 6:09-cv-16885-ACC-DAB | Mulligan Law Firm | |
| Husband | Frankie | 6:09-cv-16890-ACC-DAB | Mulligan Law Firm | |
| Simpson | Latasha | 6:09-cv-17148-ACC-DAB | Mulligan Law Firm | |
| Taylor | Patricia | 6:09-cv-16826-ACC-DAB | Mulligan Law Firm | |
| White | Dennis | 6:09-cv-16858-ACC-DAB | Mulligan Law Firm | |
| Moore | Sheila | 6:08-cv-16796-ACC-DAB | Reyes, Bartolomei, Browne | |
| Alvarez | Simon A Sr. | 6:08-cv-00234-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Barnhill | Larry | 6:09-cv-00961-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | Bailey Perrin Bailey LLP |
| Bearden | Tony H. | 6:08-cv-01554-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Bouchard | Michael | 6:08-cv-00230-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Carey | Shandra | 6:08-cv-02108-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Cathcart | Yolanda | 6:08-cv-01943-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Chaffen | Rudolph E. | 6:08-cv-00365-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Dilieto | Dominic | 6:07-cv-01942-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Higdon | Frank | 6:08-cv-00122-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| LeClair | Debra | 6:07-cv-01839-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Nagy | Frank | 6:09-cv-01625-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Norton | Linda | 6:08-cv-02012-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |

| | | | | |
|---|---|---|---|---|
| Risher | Zachary | 6:07-cv-02076-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Strowder | Martha H | 6:07-cv-02070-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| True | Rachel A | 6:08-cv-00857-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Vela | Denise | 6:08-cv-00286-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Walterine | Sandifer | 6:07-cv-02051-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Allen | Regina | 6:09-cv-00521-ACC-DAB | The Miller Firm, LLC | |
| Amos | Denise | 6:09-cv-17185-ACC-DAB | The Miller Firm, LLC | |
| Bayes | Vanessa | 6:08-cv-00644-ACC-DAB | The Miller Firm, LLC | |
| Boler | Michael | 6:09-cv-17177-ACC-DAB | The Miller Firm, LLC | |
| Borden | Delores | 6:09-cv-17174-ACC-DAB | The Miller Firm, LLC | |
| Brinson | Charles | 6:08-cv-01228-ACC-DAB | The Miller Firm, LLC | |
| Cadwallader | Forrest | 6:08-cv-00645-ACC-DAB | The Miller Firm, LLC | |
| Casillas | Jennifer | 6:09-cv-17178-ACC-DAB | The Miller Firm, LLC | |
| Cavers | Bruce | 6:09-cv-17161-ACC-DAB | The Miller Firm, LLC | |
| Champion | Felice | 6:09-cv-17162-ACC-DAB | The Miller Firm, LLC | |
| Cole | Arnita | 6:08-cv-01140-ACC-DAB | The Miller Firm, LLC | |
| Collins | Darrell | 6:09-cv-17196-ACC-DAB | The Miller Firm, LLC | |
| Davidson | Darla | 6:09-cv-17209-ACC-DAB | The Miller Firm, LLC | |
| Desemer | Timothy | 6:08-cv-00647-ACC-DAB | The Miller Firm, LLC | |
| DiVenuto | Susan | 6:09-cv-17210-ACC-DAB | The Miller Firm, LLC | |
| Donald | Stella | 6:08-cv-00813-ACC-DAB | The Miller Firm, LLC | |
| Downey | Paula | 6:09-cv-17211-ACC-DAB | The Miller Firm, LLC | |
| Elam | Freda | 6:06-cv-01604-ACC-DAB | The Miller Firm, LLC | |
| Fallstead | Anthony | 6:09-cv-01862-ACC-DAB | The Miller Firm, LLC | |
| Finan | Dott | 6:09-cv-17179-ACC-DAB | The Miller Firm, LLC | |
| Flannigan | Angela | 6:09-cv-01863-ACC-DAB | The Miller Firm, LLC | |
| Forsey | John | 6:09-cv-17163-ACC-DAB | The Miller Firm, LLC | |
| Fritts | Kimberly | 6:09-cv-01864-ACC-DAB | The Miller Firm, LLC | |
| Green | Ladalia | 6:09-cv-01865-ACC-DAB | The Miller Firm, LLC | |
| Griffis | Barbara | 6:09-cv-17214-ACC-DAB | The Miller Firm, LLC | |
| Gutierrez | Joseph | 6:08-cv-01314-ACC-DAB | The Miller Firm, LLC | |
| Hammerschmidt | Denise | 6:09-cv-17204-ACC-DAB | The Miller Firm, LLC | |
| Hoffman | Douglas | 6:09-cv-17180-ACC-DAB | The Miller Firm, LLC | |
| Holt | Ronald | 6:08-cv-02105-ACC-DAB | The Miller Firm, LLC | |
| Howard | Loretta | 6:08-cv-00490-ACC-DAB | The Miller Firm, LLC | |
| Hunnicutt | Anthony | 6:09-cv-17207-ACC-DAB | The Miller Firm, LLC | |

| | | | | |
|---|---|---|---|---|
| Jackson | Richard L. | 6:10-cv-00030-ACC-DAB | The Miller Firm, LLC | |
| Kokotan | Margaret | 6:08-cv-00809-ACC-DAB | The Miller Firm, LLC | |
| Linville | Christopher | 6:08-cv-01889-ACC-DAB | The Miller Firm, LLC | |
| Littlepage | Sherri | 6:09-cv-01867-ACC-DAB | The Miller Firm, LLC | |
| Massa | Richard | 6:09-cv-01868-ACC-DAB | The Miller Firm, LLC | |
| Matney | Ricky | 6:08-cv-00810-ACC-DAB | The Miller Firm, LLC | |
| Mikel | Lyneal | 6:10-cv-00159-ACC-DAB | The Miller Firm, LLC | |
| Miller | Daryall | 6:09-cv-01869-ACC-DAB | The Miller Firm, LLC | |
| Mills | Sharron L. | 6:09-cv-01870-ACC-DAB | The Miller Firm, LLC | |
| Moore | Thomas | 6:08-cv-01139-ACC-DAB | The Miller Firm, LLC | |
| Morgan | Diane | 6:09-cv-17176-ACC-DAB | The Miller Firm, LLC | |
| Mullarkey | Roger | 6:08-cv-01732-ACC-DAB | The Miller Firm, LLC | |
| Neal | Gerald | 6:08-cv-01227-ACC-DAB | The Miller Firm, LLC | |
| Newton | Brenda | 6:08-cv-00808-ACC-DAB | The Miller Firm, LLC | |
| Odum | Virginia | 6:09-cv-01871-ACC-DAB | The Miller Firm, LLC | |
| Oldfield | Kelly | 6:09-cv-01872-ACC-DAB | The Miller Firm, LLC | |
| Pollard | Juanita | 6:10-cv-00160-ACC-DAB | The Miller Firm, LLC | |
| Robinson | Doris | 6:08-cv-00642-ACC-DAB | The Miller Firm, LLC | |
| Sawyers | Nick Douglas | 6:08-cv-01512-ACC-DAB | The Miller Firm, LLC | |
| Serrano | Pablo | 6:08-cv-01511-ACC-DAB | The Miller Firm, LLC | |
| Smith | Keith | 6:09-cv-17169-ACC-DAB | The Miller Firm, LLC | |
| Tayamen-Ballin | Barbara | 6:10-cv-00164-ACC-DAB | The Miller Firm, LLC | |
| Taylor | William | 6:09-cv-17183-ACC-DAB | The Miller Firm, LLC | |
| Thornburn | Lee | 6:09-cv-17171-ACC-DAB | The Miller Firm, LLC | |
| Tryon | Julie Ann | 6:07-cv-16794-ACC-DAB | The Miller Firm, LLC | |
| Tyner | Debbie | 6:09-cv-17219-ACC-DAB | The Miller Firm, LLC | |
| Walker | Connie | 6:08-cv-02100-ACC-DAB | The Miller Firm, LLC | |
| Warren | Brenda | 6:10-cv-00169-ACC-DAB | The Miller Firm, LLC | |
| Washington | Brenda | 6:09-cv-17188-ACC-DAB | The Miller Firm, LLC | |
| Weisz | Jeanne | 6:10-cv-00168-ACC-DAB | The Miller Firm, LLC | |
| Zullo | Mark | 6:08-cv-01506-ACC-DAB | The Miller Firm, LLC | |
| Zwilling | Scott | 6:08-cv-00635-ACC-DAB | The Miller Firm, LLC | |
| Crowder | Joseph | 6:07-cv-00686-ACC-DAB | Weitz & Luxenberg, P.C. | |
| Barker | Mary | 6:07-cv-00340-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Condict | Jeanne-Marie | 6:07-cv-00353-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Daniels | Karen S | 6:07-cv-00361-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Flemming | Mary Lou | 6:07-cv-00372-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Handy | Dianne B | 6:07-cv-00434-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Land | Jerry | 6:07-cv-00394-ACC-DAB | Whatley Drake & Kallas, LLC | |

| Mylott | Helen | 6:07-cv-00385-ACC-DAB | Whatley Drake & Kallas, LLC | |
|---|---|---|---|---|
| Narbonne | Helen | 6:07-cv-00387-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Pearson | Ronald J | 6:07-cv-00445-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Royster-Serrano | Melissa | 6:07-cv-00416-ACC-DAB | Whatley Drake & Kallas, LLC | Gallagher Law Firm |
| Shay | Paula | 6:07-cv-00424-ACC-DAB | Whatley Drake & Kallas, LLC | |