**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation.

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' LIAISON COUNSEL, LARRY M. ROTH'S [UNOPPOSED] MOTION TO WITHDRAW (Doc. 1741)** |
| **FILED:** | May 18, 2010 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Mr. Roth is released from any further responsibility as Liaison Counsel. The Clerk is **DIRECTED** to maintain Mr. Roth's Affidavit of May 25, 2012 **under seal permanently**.

**DONE** and **ORDERED** in Orlando, Florida on this 30th day of May, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record