UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

This Order Relates to All Cases Listed on
the Attached Exhibit 1A

Case No. 6:06-md-1769-Orl-22DAB

ORDER

This cause comes before the Court on the Joint Motion for Extension of Time as to 143 Remaining Cases (Doc. No. 1746).

Based on the foregoing, it is ordered as follows:

1. The Joint Motion for Extension of Time as to 143 Remaining Cases (Doc. No. 1746) is GRANTED.

2. The deadline for any party to move to re-open the actions listed on Exhibit 1A attached hereto, upon good cause shown, or to submit a stipulated form of final order or judgment, or to file a stipulation of dismissal with prejudice is hereby extended by ninety (90) days.

3. Either party may file a copy of this Order in the specific cases listed.

DONE and ORDERED in Chambers, in Orlando, Florida on May 30, 2012.

ANNE C. CONWAY
Chief United States District Judge

Copies Furnished To:

Counsel of Record