UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
      Litigation

This Order and Final Judgment relates to all cases listed on the attached Exhibit 1A

Case No. 6:06-md-1769- Orl-22DAB

ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the Stipulated Motion for Entry of Judgments of Dismissal with Prejudice in 1,080 Cases (Doc. No. 1745).

Based on the foregoing, it is ordered as follows:

1. The Stipulated Motion for Entry of Judgments of Dismissal with Prejudice in 1,080 Cases (Doc. No. 1745) is GRANTED.

2. Each case listed on Exhibit 1A is hereby DISMISSED WITH PREJUDICE.

3. Each party shall bear its own fees, costs and expenses.

4. AstraZeneca is directed to electronically file a copy of this Order and Final Judgment of Dismissal with Prejudice, excluding Exhibit 1A, in each case listed in the Exhibit.

DONE and ORDERED in Chambers, in Orlando, Florida on May 30, 2012.

ANNE C. CONWAY
Chief United States District Judge

Copies Furnished To:

Counsel of Record

23329405.1