# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: SEROQUEL PRODUCTS**
**LIABILITY LITIGATION**

                                                                Case No. 6:06-md-1769-Orl-22DAB

_____

### NOTICE TO THE PARTIES REGARDING EXHIBIT DISPOSAL

     The Clerk's Office is in possession of various exhibits submitted for hearings held on 12/4/08 (DE #1176), 1/14/09 (DE# 1212), 4/7/09 (DE# 1403), 7/28/09 (DE# 1491), 10/5/09 (DE# 1533), and 11/19/09 (DE#1580), as well as additional exhibits submitted in anticipation of trial.

     Pursuant to Local Rule 5.04 or where applicable Local Rule 5.05 you are notified that you have thirty (30) days in which to contact the Courtroom Deputy, Sara Riddle, at 407-835-4220 to arrange for the removal of the exhibits from the custody of the Clerk's Office, or the exhibits will be disposed of or destroyed as permitted by Local Rule. 5.04.

**Please bring a copy of this notice when picking up exhibits.**

July 17, 2012                                     SHERYL L. LOESCH, CLERK
                                                       United States District Court


                                                       By: s/Sara Riddle, Courtroom Deputy Clerk