2012 JUL 23 AM 10: 02

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

Case No. 6:06-md-1769-Orl-22DAB

## CERTIFICATE OF EXHIBIT RETURN

The following Defendant's exhibits (see Exhibit List filed at Doc. No. 1212, 1403, 1491, and 1533 ) of the government and/or exhibit substitutes have been returned as authorized by Local Rule 5.04 of the Local Rules of the United States District Court for the Middle District of Florida.

DATE OF RETURN: July 23, 2012

NAME OF PERSON RETRIEVING: Renee M. Kemper
(Printed)

TITLE/POSITION: Paralegal / Carlton Fields

SIGNATURE: Renée M. Kem___

SHERYL L. LOESCH, CLERK

By:  Sara Riddle, Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Party