UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases shown on Exhibit 1A to Exhibit 1 | No. 6:06-MDL-1769-ACC-DAB |

**STIPULATED MOTION FOR ENTRY OF ORDER PROVIDING FOR JUDGMENTS OF DISMISSAL WITH PREJUDICE IN 34 CASES**

AstraZeneca, by its undersigned counsel, and each of the plaintiffs in the 34 cases listed on Exhibit 1A to the proposed order attached hereto as Exhibit 1, by their separate undersigned counsel, hereby move the Court for an order in the form set forth on Exhibit 1 granting this motion, providing for entry of a final judgment of dismissal with prejudice in each case listed on Exhibit 1A, and directing AstraZeneca to file such order in each of the individual dockets of those cases, with each party to bear its own fees, costs, and expenses. The grounds for the motion are set forth below.

**SUPPORTING MEMORANDUM**

The parties previously provided the Court with lists identifying those cases pending in the MDL that were subject to executed settlement agreements. (Doc. 1724, 1731) Those executed settlement agreements (plus one additional agreement) encompass 6,099 MDL cases (all but two of the cases that are contained in the MDL). Setting those two cases aside, the Court subsequently entered a series of dismissal orders covering these 6,099 cases. Those orders dismissed the cases "without prejudice subject to the right of any party to re-open the action within one hundred and twenty (120) days, upon good cause shown, or to submit a stipulated

24430246.3

form of final order or judgment."[1]  Since then, further motions have been filed that have resulted in the dismissals with prejudice of 5,956 cases, leaving 142 to either be similarly dismissed or, alternatively, reopened.[2]  On May 30, 2012, the Court entered an order providing 90 days for filings in that regard to occur.

The instant motion encompasses 34 of the remaining 142 cases, which will bring the total percentage of MDL cases either now dismissed with prejudice or to be dismissed with prejudice pursuant to this motion to about 98% of the total cases previously dismissed by the Court without prejudice.[3]  There are 31 separate settlement agreements between AstraZeneca and a particular plaintiff's counsel covering in total the 6,099 cases; the cases in Exhibit 1A are included in 11 of these agreements.  Each agreement contains general and plaintiff-specific requirements that must be satisfied before a plaintiff may participate in the settlement.  In each of these 34 cases, both types of requirements have been satisfied, and therefore the listed plaintiffs are participating in their particular settlements or are otherwise subject to dismissal with prejudice pursuant to the terms of the particular settlement.  Accordingly, a judgment of dismissal with prejudice is appropriate in each such plaintiff's case.

Wherefore, the undersigned counsel request that the Court enter an order in the form set forth in Exhibit 1 granting this motion, providing for entry of a final judgment of dismissal with prejudice in each case listed on Exhbit 1A of such order, and directing AstraZeneca to file such

---

[1] See 6:06-MDL-1769 (Docs. 1725-1730); 6:07-cv-01909 (Doc. 7); 6:07-cv-10007 (Doc. 22); 6:07-cv-10416 (Doc. 13); 6:07-cv-14892 (Doc. 14); 6:07-cv-15578 (Doc. 13); 6:07-cv-11358 (Doc. 16); 6:09-cv-00960 (Doc. 7); 6:09-cv-17117 (Doc. 9); 6:09-cv-17134 (Doc. 9); 6:09-cv-17175 (Doc. 11); 6:09-cv-17155 (Doc. 9); 6:09-cv-17186 (Doc. 10); 6:10-cv-00156 (Doc. 7).

[2] One case included in AstraZeneca's prior motion for extension of time (Doc. 1746), that of plaintiff Karen Daniels, No. 6:07-cv-00361-ACC-DAB, had previously been dismissed with prejudice for want of prosecution.

[3] The remaining 108 cases (less than 3% of the 6,099 that were in the MDL) are subject to a separate, contemporaneously filed, stipulated motion for further extension.

24430246.3                                        2

order in each of the individual dockets for the cases set forth on Exhbit 1A, each party to bear its own fees, costs, and expenses.

DATED: August 28, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida  22607
Telephone:  813-223-7000
Facsimile:  813-229-4133
E-mail:  ccoutroulis@carltonfields.com
         rciotti@carltonfields.com
Defendants' Counsel (as to all cases listed on Exhibit 1A to Exhibit 1)

/s/ J.H. Trey Allen
J.H. Trey Allen, Esq.
Allen Law Firm
3838 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219
Telephone:  214-521-2300
Facsimile:  214-528-7755
E-mail:  Trey@allenfirm.net
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, Florida  32502
Telephone:  850-916-7450
Facsimile:  850-916-7449
E-mail:  BAylstock@awkolaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ K. Camp Bailey
K. Camp Bailey
Robert W. Cowan
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Telephone: 713-425-7100
Facsimile: 713-425-7101
Email: cbailey@bpblaw.com
　　　 rcowan@bpblaw.com
　　　 ltien@bpblaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Michael Gallagher
Michael Gallagher
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, Texas 77098
Telephone: 888-222-7052
Facsimile: 713-238-7705
E-mail: mike@gld-law.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Patrick J. Mulligan
Patrick J. Mulligan
The Mulligan Law Firm
4514 Cole Avenue, Suite 300
Dallas, Texas 75205
Telephone: 214-219-9779
Facsimile: 214-520-8789
Email: pmulligan@mulliganlaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Steven J. Skikos
Steven J. Skikos
Skikos, Crawford, Skikos, Joseph & Millican LLP
625 Market Street, 11th Floor
San Francisco, California 94105
Telephone: 415-546-7300
Facsimile: 415-546-7301
E-mail: sskikos@skikoscrawford.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

 /s/ David J. Dickens
David J. Dickens, Esq.
The Miller Firm, LLC

The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
Email: ddickens@millerfirmllc.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Russell Jackson Drake
Russell Jackson Drake
Whatley Drake & Kallas, LLC
1000 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
Telephone: 205-328-9576
Facsimile: 205-328-9669
Email: jdrake@wdklaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Howard L. Nations
Howard L. Nations
Law Offices of Howard L. Nations
4515 Yoakum Blvd.
Houston, Texas  77006
Telephone: 713-807-8400
Facsimile: 713-807-8423
E-mail: howard.nations@howardnations.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Lawrence J. Gornick
Lawrence J. Gornick
Dennis J. Canty
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th Floor
San Francisco, California  94104
Telephone: 877-575-4529
Facsimile: 415-981-1270
E-mail: lgornick@lskg-law.com
E-mail: dcanty@kaisergornick.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Paul J. Pennock
Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York  10003

Telephone: 212-558-5549
Facsimile: 212-344-5461
E-mail: Ppennock@weitzlux.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert L. Ciotti