# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

This Order and Final Judgment relates to all cases listed on the attached Exhibit 1A

Case No. 6:06-md-1769- Orl-22DAB

## ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the Stipulated Motion for Entry of Judgments of Dismissal with Prejudice in 34 Cases (Doc. No. ____).

Based on the foregoing, it is ordered as follows:

1. The Stipulated Motion for Entry of Judgments of Dismissal with Prejudice in 34 Cases (Doc. No. ____) is GRANTED.

2. Each case listed on Exhibit 1A is hereby DISMISSED WITH PREJUDICE.

3. Each party shall bear its own fees, costs and expenses.

4. AstraZeneca is directed to electronically file a copy of this Order and Final Judgment of Dismissal with Prejudice, excluding Exhibit 1A, in each case listed in the Exhibit.

DONE and ORDERED in Chambers, in Orlando, Florida on _____, 2012.

ANNE C. CONWAY
Chief United States District Judge

Copies Furnished To:

Counsel of Record

24430246.3

8

# EXHIBIT 1A

Case 6:06-md-01769-ACC-DAB Document 1754-1 Filed 08/28/12 Page 3 of 5 PageID 133711

| Plaintiff Last Name | Plaintiff First Name | Case Number | Plaintiff Counsel | Settlement Counsel (if different) |
|---|---|---|---|---|
| Eburg | Traci | 6:09-cv-17246-ACC-DAB | Allen Law Firm | |
| Alexander | Jeff | 6:06-cv-01854-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Balderas | Marta | 6:07-cv-15880-ACC-DAB | Bailey Perrin Bailey LLP | |
| Coffee | Robert | 6:07-cv-13271-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cooper | Ginger | 6:07-cv-14758-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gatson | Phylicia | 6:07-cv-14890-ACC-DAB | Bailey Perrin Bailey LLP | |
| Goodgames | Anthony | 6:07-cv-13494-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Jamile | 6:07-cv-13703-ACC-DAB | Bailey Perrin Bailey LLP | |
| Keohare | Jennyfer | 6:07-cv-15597-ACC-DAB | Bailey Perrin Bailey LLP | |
| Melser | Lance | 6:07-cv-13926-ACC-DAB | Bailey Perrin Bailey LLP | |
| Nesteruk | Allan | 6:07-CV-14000-ACC-DAB | Bailey Perrin Bailey LLP | |
| Parkes | Isaiah | 6:07-cv-15597-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Beverly | 6:07-cv-11973-ACC-DAB | Bailey Perrin Bailey LLP | |
| Smith | Beverly | 6:07-cv-15357-ACC-DAB | Bailey Perrin Bailey LLP | |
| Zapletal | Monica | 6:07-cv-12748-ACC-DAB | Bailey Perrin Bailey LLP | |
| Baker | Daniel S | 6:07-cv-16733-ACC-DAB | Howard L. Nations | Gallagher Law Firm |
| Barnes | Terry | 6:07-cv-16752-ACC-DAB | Howard L. Nations | Weitz & Luxenberg |
| Coleman | James | 6:07-cv-16765-ACC-DAB | Howard L. Nations | Weitz & Luxenberg |
| Moore | Matthew J | 6:08-cv-00287-ACC-DAB | Howard L. Nations | Weitz & Luxenberg |
| Peters | Kathy | 6:07-cv-16761-ACC-DAB | Howard L. Nations | |
| Reed | Betty S. | 6:06-cv-01051-ACC-DAB | Levin Simes Kaiser & Gornick LLP | |
| Husband | Frankie | 6:09-cv-16890-ACC-DAB | Mulligan Law Firm | |
| Barnhill | Larry | 6:09-cv-00961-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | Bailey Perrin Bailey LLP |
| Carey | Shandra | 6:08-cv-02108-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Nagy | Frank | 6:09-cv-01625-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |

| Norton | Linda | 6:08-cv-02012-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Vela | Denise | 6:08-cv-00286-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Mills | Sharron L. | 6:09-cv-01870-ACC-DAB | The Miller Firm, LLC | |
| Crowder | Joseph | 6:07-cv-00686-ACC-DAB | Weitz & Luxenberg, P.C. | |
| Barker | Mary | 6:07-cv-00340-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Condict | Jeanne-Marie | 6:07-cv-00353-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Land | Jerry | 6:07-cv-00394-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Narbonne | Helen | 6:07-cv-00387-ACC-DAB | Whatley Drake & Kallas, LLC | |
| Royster-Serrano | Melissa | 6:07-cv-00416-ACC-DAB | Whatley Drake & Kallas, LLC | Gallagher Law Firm |