**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
         Litigation

Case No. 6:06-md-1769-Orl-22DAB

## ORDER

This cause comes before the Court on the Joint Motion for Extension of Time as to 108 Remaining Cases (Doc. No. 1753). On October 31, 2011 the Court was advised that 6,095 cases were subject to executed settlement agreements (Doc. No. 1724). Accordingly, during the month of November 2011 those cases were dismissed without prejudice to reopen for good cause shown or to submit a stipulated form of final order or judgment within 120 days, and the files closed (Doc. Nos 1725- 1730). As of this date 5,990 of those cases have been dismissed with prejudice. Twice the Court has extended the 120 day deadline by 90 days (Doc. Nos. 1737 and 1748). By way of the instant Motion, the parties seek another 90 day extension for the remaining 108 cases. In the Motion the parties set forth three reasons to support an extension. First, the Plaintiff has not been located. Second, the Plaintiff has failed to provide the necessary documents. Third, in a few instances the Plaintiff's case is part of an inventory of cases, including state cases and claims, requiring all matters to be consummated together. It has been 10 months since the Court was advised that these cases have settled. If Plaintiffs have not been located or failed to return the necessary documentation by now, the Court is not convinced that the situations would be resolved within another 90 days. Accordingly, the Court declines to extend the deadline for those cases. With respect with the few instances that the consummation

of the settlement is dependent on other matters, the Court will extend the deadline by an additional 90 days.

Based on the foregoing, it is ordered as follows:

1. The Joint Motion for Extension of Time as to 108 Remaining Cases (Doc. No. 1753) is GRANTED in part and DENIED in part.

2. The Motion is GRANTED with respect to the cases that are dependent on the completion of settlement of an inventory of cases. The parties shall submit a list of those cases by September 20, 2012.

3. The Motion is DENIED with respect to the cases where the Plaintiff has not been located or has failed to return the required documentation.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 31, 2012.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge