UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

This document relates to all cases
shown on Exhibit 1A to Exhibit 1

No. 6:06-MDL-1769-ACC-DAB

**STIPULATED MOTION FOR ENTRY OF ORDER PROVIDING FOR JUDGMENTS OF DISMISSAL WITH PREJUDICE IN 29 CASES**

AstraZeneca, by its undersigned counsel, and each of the plaintiffs in the 29 cases listed on Exhibit 1A to the proposed order attached hereto as Exhibit 1, by their separate undersigned counsel, hereby move the Court for an order in the form set forth as Exhibit 1 granting this motion, providing for entry of a final judgment of dismissal with prejudice in each case listed on Exhibit 1A, and directing AstraZeneca to file such order in each of the individual dockets of those cases, with each party to bear its own fees, costs, and expenses. The grounds for the motion are set forth below.

**SUPPORTING MEMORANDUM**

As the Court is aware, there were at one time 6,099 cases in the MDL that were encompassed by 31 separate settlement agreements between AstraZeneca and a particular plaintiff's counsel. Each agreement contained general and plaintiff-specific requirements that needed to be satisfied before a plaintiff could participate in the settlement and have his or her case dismissed with prejudice. In each of the 29 cases listed in Exhibit 1A (involving nine different settlement agreements), both types of requirements have now been satisfied, and

24703629.1

accordingly, a judgment of dismissal with prejudice is appropriate in each such case.[1] With these dismissals, the number of cases in the MDL dismissed with prejudice will increase to 6,019.

Wherefore, the undersigned counsel request that the Court enter an order in the form set forth as Exhibit 1 granting this motion, providing for entry of a final judgment of dismissal with prejudice in each case listed on Exhibit 1A of such order, and directing AstraZeneca to file such order in each of the individual dockets for the cases set forth on Exhibit 1A, each party to bear its own fees, costs, and expenses.

DATED:  September 20, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida  22607
Telephone:  813-223-7000
Facsimile:  813-229-4133
E-mail:  ccoutroulis@carltonfields.com
         rciotti@carltonfields.com
Defendants' Counsel (as to all cases listed on Exhibit 1A to Exhibit 1)

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, Florida  32502

---

[1] The parties recognize that, in its most recent Order (Doc. 1756 dated August 31, 2012), the Court denied the parties' motion seeking a 90 day extension of time for the parties to seek a reopening of the case or entry of an agreed judgment. At the time, the Court expressed some doubt as to whether these cases would actually resolve within another 90 days. Given that the parties have worked diligently to achieve resolution in just 20 additional days, they respectfully request that the Court grant the instant motion.

Telephone: 850-916-7450
Facsimile: 850-916-7449
E-mail: BAylstock@awkolaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ K. Camp Bailey
K. Camp Bailey
Robert W. Cowan
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Telephone: 713-425-7100
Facsimile: 713-425-7101
Email: cbailey@bpblaw.com
        rcowan@bpblaw.com
        ltien@bpblaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Michael Gallagher
Michael Gallagher
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, Texas 77098
Telephone: 888-222-7052
Facsimile: 713-238-7705
E-mail: mike@gld-law.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ David L. Friend
David L. Friend
Hissey Kientz, LLP
9442 North Capital of Texas Hwy, Suite 400
Austin, Texas 78759
Telephone: 512-320-9100
Facsimile: 512-320-9101
E-mail: dfriend@hkllp.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Lizy Santiago
Lizy Santiago
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
Telephone: 713-522-5250
Facsimile: 713-535-7133
E-mail: lsantiago@thematthewslawfirm.com

Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Steven J. Skikos
Steven J. Skikos
Skikos, Crawford, Skikos, Joseph & Millican LLP
625 Market Street, 11th Floor
San Francisco, California 94105
Telephone: 415-546-7300
Facsimile: 415-546-7301
E-mail: sskikos@skikoscrawford.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ David J. Dickens
David J. Dickens, Esq.
The Miller Firm, LLC
The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
Email: ddickens@millerfirmllc.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Paul J. Pennock
Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone: 212-558-5549
Facsimile: 212-344-5461
E-mail: Ppennock@weitzlux.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Russell Jackson Drake
Russell Jackson Drake
Whatley Drake & Kallas, LLC
1000 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: 205-328-9576
Facsimile: 205-328-9669
Email: jdrake@wdklaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert L. Ciotti