# EXHIBIT 1

24703629.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

This Order and Final Judgment relates to all cases listed on the attached Exhibit 1A

**Case No. 6:06-md-1769- Orl-22DAB**

## ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the Stipulated Motion for Entry of Judgments of Dismissal with Prejudice in 29 Cases (Doc. No. ____).

Based on the foregoing, it is ordered as follows:

1. The Stipulated Motion for Entry of Judgments of Dismissal with Prejudice in 29 Cases (Doc. No. ____) is GRANTED.

2. Each case listed on Exhibit 1A is hereby DISMISSED WITH PREJUDICE.

3. Each party shall bear its own fees, costs and expenses.

4. AstraZeneca is directed to electronically file a copy of this Order and Final Judgment of Dismissal with Prejudice, excluding Exhibit 1A, in each case listed in the Exhibit.

DONE and ORDERED in Chambers, in Orlando, Florida on _____, 2012.

ANNE C. CONWAY
Chief United States District Judge

Copies Furnished To:

Counsel of Record

# EXHIBIT 1A

| Plaintiff Last Name | Plaintiff First Name | Case Number | Plaintiff Counsel | Settlement Counsel (if different) |
|---|---|---|---|---|
| Carrow | Lester | 6:07-cv-01458-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Loes | Zachary L | 6:07-cv-01004-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Palmer | Willie | 6:06-cv-00978-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Reed | Bestelle | 6:08-cv-00912-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Smith | Shirley | 6:07-cv-01945-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Arnold | Cindy A. | 6:07-cv-12270-ACC-DAB | Bailey Perrin Bailey LLP | The Miller Firm, LLC |
| Lee | Lee | 6:07-cv-12175-ACC-DAB | Bailey Perrin Bailey LLP | |
| Vincent | Felicia | 6:07-cv-12935-ACC-DAB | Bailey Perrin Bailey LLP | |
| Francisco | Zenia | 6:09-cv-01162-ACC-DAB | Hissey Kientz, LLP | |
| Bearden | Tony H. | 6:08-cv-01554-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Dilieto | Dominic | 6:07-cv-01942-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Odum | Virginia | 6:09-cv-01871-ACC-DAB | The Miller Firm, LLC | Bailey Perrin Bailey LLP |
| Serrano | Pablo | 6:08-cv-01511-ACC-DAB | The Miller Firm, LLC | Bailey Perrin Bailey LLP |
| Washington | Brenda | 6:09-cv-17188-ACC-DAB | The Miller Firm, LLC | Bailey Perrin Bailey LLP |
| Casillas | Jennifer | 6:09-cv-17178-ACC-DAB | The Miller Firm, LLC | Douglas & London |
| Zullo | Mark | 6:08-cv-01506-ACC-DAB | The Miller Firm, LLC | Gallagher |
| Newton | Brenda | 6:08-cv-00808-ACC-DAB | The Miller Firm, LLC | Matthews & Associates |
| Zwilling | Scott | 6:08-cv-00635-ACC-DAB | The Miller Firm, LLC | Matthews & Associates |

| Deremer | Timothy | 6:08-cv-00647-ACC-DAB | The Miller Firm, LLC | Weitz & Luxenberg |
|---|---|---|---|---|
| Forsey | John | 6:09-cv-17163-ACC-DAB | The Miller Firm, LLC | Weitz & Luxenberg |
| Fritts | Kimberly | 6:09-cv-01864-ACC-DAB | The Miller Firm, LLC | Weitz & Luxenberg |
| Walker | Connie | 6:08-cv-02100-ACC-DAB | The Miller Firm, LLC | Whatley Drake & Kallas, LLC |
| Allen | Regina | 6:09-cv-00521-ACC-DAB | The Miller Firm, LLC | |
| Bayes | Vanessa | 6:08-cv-00644-ACC-DAB | The Miller Firm, LLC | |
| Cole | Arnita | 6:08-cv-01140-ACC-DAB | The Miller Firm, LLC | |
| Griffis | Barbara | 6:09-cv-17214-ACC-DAB | The Miller Firm, LLC | |
| Holt | Ronald (Mabel) | 6:08-cv-02105-ACC-DAB | The Miller Firm, LLC | |
| Morgan | Diane (Richard) | 6:09-cv-17176-ACC-DAB | The Miller Firm, LLC | |
| Tyner | Debbie (Jennifer) | 6:09-cv-17219-ACC-DAB | The Miller Firm, LLC | |