UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases shown on Exhibit 1A to Exhibit 1 | No. 6:06-MDL-1769-ACC-DAB |

**JOINT STIPULATED MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE AS TO WHY 33 CASES LISTED ON EXHIBIT 1A SHOULD NOT HAVE JUDGMENT OF DISMISSAL WITH PREJUDICE ENTERED**

The parties to the instant motion, as indicated below, hereby jointly move the Court to enter an order to show cause as to why certain cases should not be dismissed with prejudice.

The undersigned counsel for those plaintiffs identified in Exhibit 1A have each entered into a separate, non-identical, Confidential Master Settlement Agreement ("MSA") with the defendants as to all cases involving plaintiffs represented by that firm. In each instance, that firm informed all such plaintiffs, including those listed in Exhibit 1 to this Motion, of the MSA and their right to participate in the settlement according to its terms. Despite numerous attempts to contact the plaintiffs listed in Exhibit 1A, those plaintiffs have failed to respond to indicate whether they will or will not participate in the MSA. The respective plaintiffs' counsel have undertaken to find their missing plaintiffs, including among other things, placing telephone calls to all telephone numbers that were provided by these plaintiffs to them, sending numerous letters to all known addresses for them, and conducting other searches to attempt to find alternative telephone numbers and addresses.

Counsel for plaintiffs and defendants agree that, consistent with the provisions of the respective MSAs, entry of a judgment of dismissal with prejudice of the cases of the plaintiffs listed in Exhibit 1A at this time will promote economy and efficiency.

24704332.1

Accordingly, counsel for defendants and the undersigned plaintiffs' counsel request that this Court enter an order requiring that each of the plaintiffs that counsel represents as listed in Exhibit 1A, within 21 days of the date of the order (the maximum period provided by the relevant MSA), either have new counsel appear before this Court on his or her behalf or otherwise show good cause as to why his or her case should not be dismissed with prejudice. Plaintiffs' counsel will provide notice of the Court's show cause order to each of its plaintiffs listed in Exhibit 1A and inform those plaintiffs that, within 21 days, they are required either to have new counsel appear before the Court or otherwise show good cause why their case should not be dismissed with prejudice. Should a plaintiff listed in Exhibit 1A fail to satisfy this requirement, defendants' and plaintiffs' counsel jointly request that the dismissal without prejudice presently set forth in that plaintiff's case be automatically converted, without further Court order, into a judgment of dismissal with prejudice.[1]

DATED: September 20, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida  22607
Telephone: 813-223-7000
Facsimile: 813-229-4133
E-mail:  ccoutroulis@carltonfields.com
            rciotti@carltonfields.com
Defendants' Counsel (as to all cases listed on Exhibit 1A to Exhibit 1)

---

[1] The parties recognize that, in its most recent Order (Doc. 1756 dated August 31, 2012), the Court denied the parties' motion seeking a 90 day extension of time for the parties to seek a reopening of the case or entry of an agreed judgment. The parties would ask that the Court nonetheless entertain this motion because the relief requested here may well result in the dismissal with prejudice of each of these 33 cases well short – perhaps by as much as 50% – of the 90 day period previously requested.

24704332.1

/s/ K. Camp Bailey
K. Camp Bailey
Robert W. Cowan
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Telephone: 713-425-7100
Facsimile: 713-425-7101
Email: cbailey@bpblaw.com
       rcowan@bpblaw.com
       ltien@bpblaw.com
Plaintiffs' Counsel as indicated on Exhibit 1A to Exhibit 1

/s/ Patrick J. Mulligan
Patrick J. Mulligan
The Mulligan Law Firm
4514 Cole Avenue, Suite 300
Dallas, Texas 75205
Telephone: 214-219-9779
Facsimile: 214-520-8789
Email: pmulligan@mulliganlaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ David J. Dickens
David J. Dickens, Esq.
The Miller Firm, LLC
The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
Email: ddickens@millerfirmllc.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert L. Ciotti

24704332.1