UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases shown on Exhibit 1A to Exhibit 1 | No. 6:06-MDL-1769-ACC-DAB |

**ASTRAZENECA'S UNOPPOSED MOTION FOR ENTRY
OF AN ORDER TO SHOW CAUSE
AS TO WHY 23 CASES LISTED ON EXHIBIT 1A SHOULD NOT HAVE
JUDGMENT OF DISMISSAL WITH PREJUDICE ENTERED**

AstraZeneca hereby moves the Court to enter an order to show cause as to why certain cases should not be dismissed with prejudice. Specifically, each of the plaintiffs identified in Exhibit 1A attached either (a) has failed to provide the necessary documentation to permit him or her to participate in the settlement their counsel reached with AstraZeneca on his or her behalf, or (b) has not been located by his or her counsel despite what AstraZeneca understands have been numerous attempts by such counsel to contact that plaintiff. Counsel for each plaintiff has indicated that it does not oppose this motion.

Therefore, consistent with the provisions of the respective settlement agreements (MSAs) entered by each such counsel, AstraZeneca hereby requests the entry of an order requiring that each of the plaintiffs listed in Exhibit 1A, within 21 days of the date of the order (the maximum period provided in the relevant MSA), either have new counsel appear before this Court on his or her behalf or otherwise show good cause as to why his or her case should not be dismissed with prejudice. AstraZeneca further requests that such order provide that, if a plaintiff fails to satisfy this requirement, the dismissal without prejudice presently set forth in that plaintiff's case be

24704449.1

automatically converted, without further Court order, into a judgment of dismissal with prejudice.[1]

**Certificate of Conference**: Counsel for AstraZeneca has conferred with counsel for each plaintiff identified in Exhibit 1A, and each such counsel has indicated that it does not oppose the requested relief for its plaintiff.

DATED: September 20, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida  22607
Telephone: 813-223-7000
Facsimile: 813-229-4133
E-mail: ccoutroulis@carltonfields.com
  rciotti@carltonfields.com
Defendants' Counsel (as to all cases listed on Exhibit 1A to Exhibit 1)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert L. Ciotti

---

[1] AstraZeneca recognizes that, in its most recent Order (Doc. 1756 dated August 31, 2012), the Court denied the parties' motion seeking a 90 day extension of time to seek a reopening of the case or entry of an agreed judgment. AstraZeneca would ask that the Court nonetheless entertain this motion because the relief requested here may well result in the dismissal with prejudice of many, if not all, of these 23 cases well short – perhaps by as much as 50% – of the 90 day period previously requested.

24704449.1