# EXHIBIT 1

24704449.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

This Order and Final Judgment relates to all cases listed on the attached Exhibit 1A

Case No. 6:06-md-1769- Orl-22DAB

### ORDER TO SHOW CAUSE WITHIN 21 DAYS AND, IF NO CAUSE IS SHOWN, ENTRY OF FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on AstraZeneca's Unopposed Motion For Entry Of An Order To Show Cause As To Why 23 Cases Listed On Exhibit 1A Should Not Have Judgment Of Dismissal With Prejudice Entered.

Based on the foregoing, it is ordered as follows:

1. AstraZeneca's Unopposed Motion For Entry Of An Order To Show Cause As To Why 23 Cases Listed On Exhibit 1A Should Not Have Judgment Of Dismissal With Prejudice Entered (Doc. No. ____) is GRANTED.

2. For each case listed on Exhibit 1A for which, within 21 days of the date of this Order, the plaintiff fails either to have new counsel appear before the Court or otherwise to show good cause why that plaintiff's case should not be dismissed with prejudice, that case is automatically converted – without further Order of this Court – from its present dismissal without prejudice to a JUDGMENT OF DISMISSAL WITH PREJUDICE.

3. Each party shall bear its own fees, costs and expenses.

4. In the event a plaintiff has failed within 21 days of the date of this Order either to have new counsel appear before the Court or otherwise to show good cause why that plaintiff's case

24704449.1

should not be dismissed with prejudice, AstraZeneca is directed to electronically file a copy of this Order, excluding Exhibit 1A, in that plaintiff's case listed in the Exhibit.

DONE and ORDERED in Chambers, in Orlando, Florida on _____, 2012.

_____
ANNE C. CONWAY
Chief United States District Judge

Copies Furnished To:

Counsel of Record

24704449.1

# EXHIBIT 1A

| Plaintiff Last Name | Plaintiff First Name | Case Number | Plaintiff Counsel | Settlement Counsel (if different) |
|---|---|---|---|---|
| Staples | Willie Lee | 6:09-cv-00257-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Teague | James | 6:07-cv-15670-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fonseca | Ismael | 6:08-cv-00366-ACC-DAB | Brett Duke, P.C. | |
| Moore | Sheila | 6:08-cv-16796-ACC-DAB | Reyes, Bartolomei, Browne | |
| Alvarez | Simon A Sr. | 6:08-cv-00234-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Bouchard | Michael | 6:08-cv-00230-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Cathcart | Yolanda | 6:08-cv-01943-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Chaffen | Rudolph E. | 6:08-cv-00365-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Higdon | Frank | 6:08-cv-00122-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| LeClair | Debra | 6:07-cv-01839-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Risher | Zachary | 6:07-cv-02076-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Strowder | Martha H | 6:07-cv-02070-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| True | Rachel A | 6:08-cv-00857-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Walterine | Sandifer | 6:07-cv-02051-ACC-DAB | Skikos, Crawford, Skikos, Joseph & Millican LLP | |
| Elam | Freda | 6:06-cv-01604-ACC-DAB | The Miller Firm, LLC | |
| Finan | Dott | 6:09-cv-17179-ACC-DAB | The Miller Firm, LLC | |

24704449.1

| | | | | |
|---|---|---|---|---|
| Green | Ladalia | 6:09-cv-01865-ACC-DAB | The Miller Firm, LLC | |
| Hammerschmidt | Denise | 6:09-cv-17204-ACC-DAB | The Miller Firm, LLC | |
| Jackson | Richard L. | 6:10-cv-00030-ACC-DAB | The Miller Firm, LLC | |
| Miller | Daryall | 6:09-cv-01869-ACC-DAB | The Miller Firm, LLC | |
| Pollard | Juanita | 6:10-cv-00160-ACC-DAB | The Miller Firm, LLC | |
| Smith | Keith | 6:09-cv-17169-ACC-DAB | The Miller Firm, LLC | |
| Mylott | Helen | 6:07-cv-00385-ACC-DAB | Whatley Drake & Kallas, LLC | |

24704449.1