UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

This document relates to all cases
shown on Exhibit 1A to Exhibit 1

No. 6:06-MDL-1769-ACC-DAB

## JOINT NOTICE OF 13 CASES WHERE THE COURT'S ORDER (DOC. 1756) EXTENDED THE TIME FOR RESOLUTION OF SETTLEMENT BY 90 DAYS

In Doc. 1756 (dated August 31, 2012) the Court granted in part and denied in part the parties' request for a 90 day extension to either reopen the case or submit a proposed form of final judgment. With respect to the granting of the motion, the Court indicated its intent to extend the deadline by an additional 90 days where "consummation of the settlement is dependent on other matters." (Order at 1-2)[1] The parties to this motion have identified, in total, 13 cases they believe are subject to this extension, which can be divided into two distinct groups.

The first group consists of 7 cases that involve the need to obtain another court's approval of the settlement with respect to a deceased or minor plaintiff. These are:

| Boyer | John | 6:08-cv-01710-ACC-DAB | Deceased; Probate pending |
|---|---|---|---|
| Karl | Catherine | 6:09-cv-01199-ACC-DAB | Deceased; Probate pending |
| Karl | Nancy | 6:09-cv-00260-ACC-DAB | Deceased; Probate pending |
| Martin (Daniels) | Evelyn (Keyanna) | 6:07-cv-12099-ACC-DAB | Court approval pending for settlement involving a minor |
| Cadwallader | Forrest | 6:08-cv-00645-ACC-DAB | Deceased; Probate pending |
| Massa | Richard | 6:09-cv-01868-ACC-DAB | Deceased; Probate pending |
| Robinson | Doris (Bobby) | 6:08-cv-00642-ACC-DAB | Deceased; Probate pending |

---

[1] Although the Order also contained language granting the extension for cases that were "dependent on the completion of settlement of an inventory of cases," given the Court's express intent to include within the extension those instances where "consummation of the settlement is dependent on other matters," the parties have identified cases they believe come within the Court's intent.

24703724.2

The second group consists of 6 cases involving plaintiffs who were included in the "missing" category in AstraZeneca's motion for a 90-day extension of time (Doc. 1753). These 6 plaintiffs, however, are not like the other missing plaintiffs. As to each of them, there are other matters on which a final resolution depends. Specifically, under the applicable settlement agreement, each of these plaintiffs still has a short time remaining to come forward before the agreement expires.[2] These cases are the following:

| Bailey | Lizzie | 6:08-cv-01142-ACC-DAB | Missing; Time to find ends 10-27-2012 |
|---|---|---|---|
| Bjorn | Kathryn A | 6:06-cv-01010-ACC-DAB | Missing; Time to find ends 10-27-2012 |
| Johnson | Patricia Jo | 6:07-cv-01837-ACC-DAB | Missing; Time to find ends 10-27-2012 |
| Bellman | Dawn R | 6:06-cv-01044-ACC-DAB | Missing; Time to find ends 11-24-2012 |
| Masterson | John | 6:06-cv-01039-ACC-DAB | Missing; Time to find ends 11-24-2012 |
| O'Hosky | William | 6:06-cv-01016-ACC-DAB | Missing; Time to find ends 11-24-2012 |

As the final column in the table shows, for each of the six cases falling into this group, the period of time for the plaintiff to come forward or be located will expire within the 90 day extension period granted by the Court in its Order.

DATED: September 20, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida 22607

---

[2] Because the time to find them under their settlement agreements has not yet run, these missing plaintiffs stand in a very different position from those identified as missing in AstraZeneca's contemporaneously filed motions seeking orders to show cause. In the latter cases, the time to locate the plaintiffs as provided in the relevant settlement agreements has expired. For those plaintiffs, a show cause order is being sought which, if granted, may result in entry of a judgment of dismissal with prejudice. With respect to the plaintiffs identified in the instant motion, in contrast, AstraZeneca may not seek a show cause order because, as discussed above, the relevant settlement agreements still allow these plaintiffs a short period of time to come forward.

24703724.2

Telephone: 813-223-7000
Facsimile: 813-229-4133
E-mail: ccoutroulis@carltonfields.com
        rciotti@carltonfields.com
Defendants' Counsel (as to all 13 cases)

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, Florida  32502
Telephone: 850-916-7450
Facsimile: 850-916-7449
E-mail: BAylstock@awkolaw.com
Plaintiffs' Counsel with respect to case numbers:
        6:08-cv-01142
        6:06-cv-01010
        6:08-cv-01710
        6:07-cv-01837
        6:09-cv-01199
        6:09-cv-00260

/s/ Howard L. Nations
Howard L. Nations
Law Offices of Howard L. Nations
4515 Yoakum Blvd.
Houston, Texas  77006
Telephone: 713-807-8400
Facsimile: 713-807-8423
E-mail: howard.nations@howardnations.com
Plaintiffs' Counsel with respect to case number:
        6:07-cv-12099

/s/ Lawrence J. Gornick
Lawrence J. Gornick
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th Floor
San Francisco, California  94104
Telephone: 877-575-4529
Facsimile: 415-981-1270
E-mail: lgornick@lskg-law.com
Plaintiffs' Counsel with respect to case numbers:
        6:06-cv-01044
        6:06-cv-01039
        6:06-cv-01016

24703724.2

/s/ David J. Dickens
David J. Dickens, Esq.
The Miller Firm, LLC
The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
Email: ddickens@millerfirmllc.com
Plaintiffs' Counsel with respect to case numbers:
    6:08-cv-00645
    6:09-cv-01868
    6:08-cv-00642

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                  /s/ Robert L. Ciotti

24703724.2