# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | 6:06-MDL-1769-ACC-DAB |
| This document relates to the following cases: | |
| Freda Elam v. AstraZeneca Pharmaceuticals LP, 6:06-cv-01604-ACC-DAB | |
| Ladalia Green v. AstraZeneca Pharmaceuticals LP, et al., 6:09-cv-01865-ACC-DAB | |
| Juanita Pollard v. AstraZeneca Pharmaceuticals LP, et al., 6:10-cv-00160-ACC-DAB | |
| Anthony Hunnicutt v. AstraZeneca Pharmaceuticals LP, et al., 6:09-cv-17207-ACC-DAB | |
| Gerald Neal by his Power of Attorney Rosie Neal v. AstraZeneca Pharmaceuticals LP, et al., 6:08-cv-01227-ACC-DAB | |
| Loretta Howard v. AstraZeneca Pharmaceuticals LP, et al., 6:08-cv-00490-ACC-DAB | |
| Felice Champion v. AstraZeneca Pharmaceuticals LP, et al., 6:09-cv-17162-ACC-DAB | |

## [PROPOSED] ORDER

This cause came before the Court on Plaintiffs' Unopposed Motion for Extension of Time as to 7 Remaining Cases. On August 31, 2012, the Court declined to extend the deadline as to these Plaintiffs as they were identified as claimants who had not been located by counsel or failed to return the necessary documentation. (Doc. No. 1756). On September 26, 2012, the Court entered two Orders to Show Cause requiring Plaintiffs to show good cause, within 21 days, why their case should not be dismissed without prejudice. (Doc. Nos. 1762 and 1763).

Plaintiffs filed a Response to the Court's Orders to Show Cause and requested a 30 day extension.

Upon consideration of Plaintiffs' Unopposed Motion, it is ordered as follows:

1. Plaintiffs' Motion for an Extension of Time is GRANTED and the Court will extend the deadline by an additional 30 days;

2. Plaintiffs shall file a stipulated form of final order or judgment by November 18, 2012 or the dismissal of this matter will be converted to a motion to dismiss with prejudice.

DONE and ORDERED in Chambers on October _____, 2012

_____
Anne C. Conway
United States District Judge