# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following cases:<br><br>6:08-cv-01142-ACC-DAB<br>6:06-cv-01010-ACC-DAB<br>6:07-cv-01837-ACC-DAB<br>6:06-cv-01039-ACC-DAB | No. 6:06-MDL-1769-ACC-DAB |

## ASTRAZENECA'S UNOPPOSED MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE AS TO WHY 4 CASES SHOULD NOT HAVE JUDGMENT OF DISMISSAL WITH PREJUDICE ENTERED

AstraZeneca hereby moves the Court to enter an order to show cause as to why each of the following four cases should not be dismissed with prejudice.

| Bailey | Lizzie | 6:08-cv-01142-ACC-DAB |
|---|---|---|
| Bjorn | Kathryn A | 6:06-cv-01010-ACC-DAB |
| Johnson | Patricia Jo | 6:07-cv-01837-ACC-DAB |
| Masterson | John | 6:06-cv-01039-ACC-DAB |

Each of these cases was previously identified in the parties' Joint Notice (Doc. 1760) as being one of the six remaining cases where, although the plaintiff had not yet been located by his or her counsel despite numerous attempts by such counsel to contact that plaintiff, there still remained a short time under the applicable settlement agreement for the plaintiff to come forward. As such, the parties identified these cases as coming within the 90 day extension granted by the Court in Doc. 1756.[1]  However, none of the four plaintiffs subject to this motion

---

[1] The other two cases cited in the Joint Notice – Bellman (6:06-cv-01044) and O'Hoskey (6:06-cv-01016) – are not the subject of this motion as each of those plaintiffs has recently come forward, within the time permitted under the applicable settlement agreement (November 24, 2012), and is in the process of submitting the materials required for participation in the settlement. These two plaintiffs are the subject of a separate motion seeking a brief extension of time to complete that process and thereafter to move with AstraZeneca for entry of a judgment of dismissal.

25177971.1

have come forward: for plaintiffs Bailey, Bjorn, and Johnson, their time to come forward expired on October 27, 2012, and for plaintiff Masterson, his time ran on November 24, 2012.

Therefore, consistent with the provisions of the respective settlement agreements (MSAs) entered by each of their counsel, AstraZeneca hereby requests the entry of an order requiring that each of the four plaintiffs listed above, within 21 days of the date of the order (the maximum period provided in the relevant MSA), either have new counsel appear before this Court on his or her behalf or otherwise show good cause as to why his or her case should not be dismissed with prejudice. AstraZeneca further requests that such order provide that, if a plaintiff fails to satisfy this requirement, the dismissal without prejudice presently set forth in that plaintiff's case be automatically converted, without further Court order, into a judgment of dismissal with prejudice. A proposed order is attached.

**Certificate of Conference**: Counsel for AstraZeneca has conferred with counsel for each of the four plaintiffs identified, and each such counsel has indicated that it does not oppose the requested relief for its plaintiff.

DATED: November 29, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida 22607
Telephone: 813-223-7000
Facsimile: 813-229-4133
E-mail: ccoutroulis@carltonfields.com
         rciotti@carltonfields.com
Counsel for AstraZeneca

25177971.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert L. Ciotti

25177971.1