UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

This Order and Final Judgment relates to the following cases:

**Case No. 6:06-md-1769- Orl-22DAB**

    6:08-cv-01142-ACC-DAB
    6:06-cv-01010-ACC-DAB
    6:07-cv-01837-ACC-DAB
    6:06-cv-01039-ACC-DAB

**ORDER TO SHOW CAUSE WITHIN 21 DAYS AND, IF NO CAUSE IS SHOWN, ENTRY OF FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause comes before the Court on AstraZeneca's Unopposed Motion For Entry Of An Order To Show Cause As To Why 4 Cases Should Not Have Judgment Of Dismissal With Prejudice Entered.

Based on the foregoing, it is ordered as follows:

1. AstraZeneca's Unopposed Motion For Entry Of An Order To Show Cause As To Why 4 Cases Should Not Have Judgment Of Dismissal With Prejudice Entered (Doc. No. \_\_\_\_) is GRANTED.

2. For each of the four cases listed in the Motion and in the caption hereto for which, within 21 days of the date of this Order, the plaintiff fails either to have new counsel appear before the Court or otherwise to show good cause why that plaintiff's case should not be dismissed with prejudice, that case is automatically converted – without further Order of this Court – from its present dismissal without prejudice to a JUDGMENT OF DISMISSAL WITH PREJUDICE.

3. Each party shall bear its own fees, costs and expenses.

25177971.1

4.   In the event a plaintiff has failed within 21 days of the date of this Order either to have new counsel appear before the Court or otherwise to show good cause why that plaintiff's case should not be dismissed with prejudice, AstraZeneca is directed to electronically file a copy of this Order, in that plaintiff's case listed in the Motion.

DONE and ORDERED in Chambers, in Orlando, Florida on _____, 2012.

_____
ANNE C. CONWAY
Chief United States District Judge

Copies Furnished To:

Counsel of Record

25177971.1