# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following cases:<br><br>6:08-cv-01710-ACC-DAB<br>6:09-cv-01199-ACC-DAB<br>6:09-cv-00260-ACC-DAB<br>6:07-cv-12099-ACC-DAB<br>6:08-cv-00645-ACC-DAB<br>6:09-cv-01868-ACC-DAB<br>6:08-cv-00642-ACC-DAB<br>6:06-cv-01044-ACC-DAB<br>6:06-cv-01016-ACC-DAB | No. 6:06-MDL-1769-ACC-DAB |

## JOINT MOTION FOR EXTENSION OF TIME AS TO 9 REMAINING CASES

In Doc. 1756 (dated August 31, 2012) the Court granted in part the parties' request for a 90 day extension to either reopen the case or submit a proposed form of final judgment. With respect to the granting of the motion, the Court indicated its intent to extend the deadline by an additional 90 days where "consummation of the settlement is dependent on other matters," and directed the parties to identify those cases in a subsequent filing. (Order at 1-2) In Doc. 1760, the parties identified, in total, 13 cases – divided into two distinct groups – which they believed fit within the 90 day extension. The parties now seek an additional extension for nine of those cases, with the length of the requested extension varying between the two groups.[1]

The first group consists of the following 7 cases and seeks an additional 90 day extension of time for each. These cases involve the need to obtain another court's approval of the

---

[1] For four of the cases included in Doc. 1760, AstraZeneca by contemporaneously filed unopposed motion seeks an order to show cause why those cases should not have a judgment of dismissal with prejudice entered.

25178008.1

settlement with respect to a deceased or minor plaintiff, and while the parties are moving forward and making progress in attempting to secure such approvals, additional time is needed.  These seven cases are:

| Boyer | John | 6:08-cv-01710-ACC-DAB | Deceased; Probate pending |
|---|---|---|---|
| Karl | Catherine | 6:09-cv-01199-ACC-DAB | Deceased; Probate pending |
| Karl | Nancy | 6:09-cv-00260-ACC-DAB | Deceased; Probate pending |
| Martin (Daniels) | Evelyn (Keyanna) | 6:07-cv-12099-ACC-DAB | Court approval pending for settlement involving a minor |
| Cadwallader | Forrest | 6:08-cv-00645-ACC-DAB | Deceased; Probate pending |
| Massa | Richard | 6:09-cv-01868-ACC-DAB | Deceased; Probate pending |
| Robinson | Doris  (Bobby) | 6:08-cv-00642-ACC-DAB | Deceased; Probate pending |

The second group consists of only the following two cases and, for each, seeks only a 30 day extension of time.

| Bellman | Dawn R | 6:06-cv-01044-ACC-DAB |
|---|---|---|
| O'Hosky | William | 6:06-cv-01016-ACC-DAB |

These cases were identified in Doc. 1756 as two of the six cases (*see* n.1, supra) where, although the plaintiff had not yet been located by his or her counsel despite numerous attempts by such counsel to contact that plaintiff, there still remained a short time under the applicable settlement agreement for the plaintiff to come forward.  In each of these two cases, the  plaintiff has recently come forward, within the time permitted under the applicable settlement agreement (November 24, 2012), and is in the process of submitting the materials required for participation in the settlement.  Accordingly, the parties are seeking a brief extension of time – 30 days – to complete that process and thereafter to move with AstraZeneca for entry of a judgment of dismissal with prejudice.

Wherefore, AstraZeneca and the plaintiffs in each of the cases identified in the two groups above, hereby move the Court to enter an order in the proposed form attached providing that:

25178008.1

- For each case in the group of seven cases above, the case remains dismissed without prejudice "subject to the right of any party to re-open the action within ninety (90) days from the date of this order, upon good cause shown, or to submit a stipulated form of final order or judgment."

- For each case in the group of two cases above, the case remains dismissed without prejudice "subject to the right of any party to re-open the action within thirty (30) days from the date of this order, upon good cause shown, or to submit a stipulated form of final order or judgment."

DATED:  November 29, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida  22607
Telephone:  813-223-7000
Facsimile:  813-229-4133
E-mail:  ccoutroulis@carltonfields.com
         rciotti@carltonfields.com
Defendants' Counsel (as to all 9 cases)

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, Florida  32502
Telephone:  850-916-7450
Facsimile:  850-916-7449
E-mail:  BAylstock@awkolaw.com
Plaintiffs' Counsel with respect to case numbers:
    6:08-cv-01710

25178008.1

    6:09-cv-01199
    6:09-cv-00260

/s/ Howard L. Nations
Howard L. Nations
Law Offices of Howard L. Nations
4515 Yoakum Blvd.
Houston, Texas  77006
Telephone:  713-807-8400
Facsimile:  713-807-8423
E-mail:  howard.nations@howardnations.com
Plaintiffs' Counsel with respect to case number:
    6:07-cv-12099

/s/ Lawrence J. Gornick
Lawrence J. Gornick
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th Floor
San Francisco, California  94104
Telephone:  877-575-4529
Facsimile:  415-981-1270
E-mail:  lgornick@lskg-law.com
Plaintiffs' Counsel with respect to case numbers:
    6:06-cv-01044
    6:06-cv-01016

/s/ David J. Dickens
David J. Dickens, Esq.
The Miller Firm, LLC
The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Telephone:  540-672-4224
Facsimile:  540-672-3055
Email:  ddickens@millerfirmllc.com
Plaintiffs' Counsel with respect to case numbers:
    6:08-cv-00645
    6:09-cv-01868
    6:08-cv-00642

25178008.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert L. Ciotti

25178008.1