# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

This Order Relates to the following cases

**Case No. 6:06-md-1769-Orl-22DAB**

6:08-cv-01710-ACC-DAB
6:09-cv-01199-ACC-DAB
6:09-cv-00260-ACC-DAB
6:07-cv-12099-ACC-DAB
6:08-cv-00645-ACC-DAB
6:09-cv-01868-ACC-DAB
6:08-cv-00642-ACC-DAB
6:06-cv-01044-ACC-DAB
6:06-cv-01016-ACC-DAB

**ORDER**

This cause comes before the Court on the Joint Motion for Extension of Time as to 9 Remaining Cases (Doc. No. ____).

Based on the foregoing, it is ordered as follows:

1. The Joint Motion for Extension of Time as to 9 Remaining Cases (Doc. No. ____) is GRANTED.

2. The deadline for a party to move to re-open any of the seven cases listed below, upon good cause shown, or to submit a stipulated form of final order or judgment, or to file a stipulation of dismissal with prejudice in any such case is hereby extended by ninety (90) days.

| | | |
|---|---|---|
| Boyer | John | 6:08-cv-01710-ACC-DAB |
| Karl | Catherine | 6:09-cv-01199-ACC-DAB |
| Karl | Nancy | 6:09-cv-00260-ACC-DAB |
| Martin (Daniels) | Evelyn (Keyanna) | 6:07-cv-12099-ACC-DAB |
| Cadwallader | Forrest | 6:08-cv-00645-ACC-DAB |
| Massa | Richard | 6:09-cv-01868-ACC-DAB |

25178008.1

| Robinson | Doris (Bobby) | 6:08-cv-00642-ACC-DAB |

3. The deadline for a party to move to re-open either or both of the two cases listed below, upon good cause shown, or to submit a stipulated form of final order or judgment, or to file a stipulation of dismissal with prejudice in such case, is hereby extended by thirty (30) days.

| Bellman | Dawn R | 6:06-cv-01044-ACC-DAB |
|---|---|---|
| O'Hosky | William | 6:06-cv-01016-ACC-DAB |

4. Either party may file a copy of this Order in the specific cases listed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on _____, 2012.

_____
ANNE C. CONWAY
Chief United States District Judge

Copies Furnished To:

Counsel of Record

25178008.1