UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS         No. 6:06-md-1769-Orl-22DAB
LIABILITY LITIGATION

This document relates to the following cases:

6:08-cv-01142-ACC-DAB
6:06-cv-01010-ACC-DAB
6:07-cv-01837-ACC-DAB
6:06-cv-01039-ACC-DAB

# ORDER

This cause comes before the Court on Astrazeneca's Unopposed Motion for Entry of an Order to Show Cause as to Why 4 Cases Should Not Have Judgment of Dismissal With Prejudice Entered (Doc. No. 1766). These cases were dismissed without prejudice over a year ago. The Court has extend the deadline to re-open or to submit a stipulated form of final order or judgment several times. No such request has been forthcoming. Counsel have been unable to locate the Plaintiffs and the time to come forward to participate in the settlement agreement has expired. At this juncture the Court sees no reason to entertain additional motions as to these Plaintiffs.

Based on the foregoing, it is ordered as follows:

1. Astrazeneca's Unopposed Motion for Entry of an Order to Show Cause as to Why 4 Cases Should Not Have Judgment of Dismissal With Prejudice Entered (Doc. No. 1766) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 17, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties