UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS         No. 6:06-md-1769-Orl-22DAB
LIABILITY LITIGATION

This document relates to the following cases:

6:08-cv-01710-ACC-DAB
6:09-cv-01199-ACC-DAB
6:09-cv-00260-ACC-DAB
6:07-cv-12099-ACC-DAB
6:08-cv-00645-ACC-DAB
6:09-cv-01868-ACC-DAB
6:08-cv-00642-ACC-DAB
6:06-cv-01044-ACC-DAB
6:06-cv-01016-ACC-DAB

# ORDER

This cause comes before the Court on the Joint Motion for Extension of Time as to 9 Remaining Cases (Doc. No. 1767). These cases were dismissed without prejudice over a year ago. The Court declines to further extend the deadline or re-open or to submit a stipulated form of final order or judgment. Once Defendant receives the other Court's approval or documents for settlement, it can obtain releases from the respective Plaintiffs.

Based on the foregoing, it is ordered as follows:

1. The Joint Motion for Extension of Time as to 9 Remaining Cases (Doc. No. 1767) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 17, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties