**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

**This Document Relates To:**

    6:06-cv-1660-22DAB
    6:08-cv-6001-22DAB

Case No.  6:06-md-1769-Orl-22DAB

## FINAL PRETRIAL ORDER AND SUGGESTION OF REMAND

Seroquel, a prescription drug manufactured and sold by AstraZeneca Pharmaceuticals, was first approved for use in the United States by the Food and Drug Administration in 1997.  The drug is still on the market today as one of a number of medications known as second-generation, or "atypical," antipsychotics.  Although initially indicated to treat the "manifestations of psychotic disorders," including schizophrenia, Seroquel has since been approved for various uses in patients suffering from bipolar disorder.

Several years ago, people who had been prescribed Seroquel by their doctors began filing lawsuits against AstraZeneca, primarily alleging that they had developed diabetes and other related disorders as a result of their ingestion of the drug.  In July 2006, the Judicial Panel on Multidistrict Litigation transferred 92 actions, filed by 112 plaintiffs, involving alleged injuries resulting from the use of Seroquel to this Court for consolidated and coordinated pretrial proceedings.  *See In re Seroquel Prods. Liab. Litig.*, 447 F. Supp. 2d 1376 (J.P.M.L. 2006).  This multidistrict litigation grew to include the personal injury claims of approximately 8,500 people from across the nation.  All but two of these claims have been dismissed.

Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and upon review of the files in the cases now pending in MDL 1769, the Court suggests to the Judicial Panel on Multidistrict Litigation that the two remaining cases are ready for remand to their appropriate transferor jurisdictions.

The two remaining actions involve plaintiffs who alleged they developed Neuroleptic Malignant Syndrome as a result of their use of Seroquel. *See Segura v. AstraZeneca Pharms. LP, et al.*, No. 6:06-cv-1660-Orl-22DAB; *Garza v. AstraZeneca Pharms. LP, et al.*, No. 6:08-cv-6001-Orl-22DAB. The parties have not sought discovery specific to these cases in this Court. The MDL Plaintiffs' lead counsel indicates that the discovery focused on the diabetes claims, with virtually no discovery or preparation focused on the NMS claims. The NMS claims accounted for less than 1% of the cases. Accordingly, to the extent NMS-specific discovery is incomplete, the Court reserves coordination of this discovery for the appropriate transferor courts.

*Segura v. AstraZeneca Pharms. LP, et al.*, No. 6:06-cv-1660-Orl-22DAB should be remanded to the U.S. District Court, District of South Dakota (Western Division), Case No. 5:06-cv-5071-RHB, and *Garza v. AstraZeneca Pharms. LP, et al.*, No. 6:08-cv-6001-Orl-22DAB should be remanded to the U.S. District Court, Northern District of Texas (Dallas), Case No. 3:07-cv-1987, for further proceedings, including additional discovery, pre-trial motions practice, and final disposition.

Upon remand this MDL should be closed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 23, 2013.

Copies furnished to:

Counsel of Record
Judicial Panel on Multidistrict Litigation

ANNE C. CONWAY
United States District Judge