# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

_____

**Case No. 6:06-md-1769-Orl-22DAB**

## ORDER

This cause comes before the Court upon review of the docket. All cases transferred to this Court have been dismissed or remanded to the transferor courts.

Based on the foregoing, it is ordered as follows:

1. The Clerk is directed to CLOSE the file

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 14, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
MDL Panel